# COMPOSITE EXHIBIT "A"

**Grievance - Filed 10/12/2018**
**Grievance - Filed 10/22/2018**
**Grievance - Filed 10/26/2018**
**Grievance - Filed 10/29/2018**

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[✗] YES    [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica é inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME / NOMBRE | BOOKING NUMBER | FACILITY / (ACILIDAD) | HOUSING LOC / (LUGAR DE VIVIENDA) | DATE / FECHA |
|---|---|---|---|---|
| KENNETH MOORE | 5427098 | (MCJ) | 9500-91 | 10/12/18 |

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING

**GENERAL SERVICES**
- [ ] Living conditions
- [ ] Food
- [ ] Showers
- [ ] Property
- [ ] Mail
- [ ] Commissary/Account Balance
- [ ] Clothing/Linen/Bedding
- [ ] Educational/Vocational Programs
- [✗] Other (explain below)
- [ ] Classification
- [ ] Telephone
- [ ] Visiting

**MEDICAL/MENTAL**
- [ ] Medical Services (Place in envelope)
- [ ] Mental Health (Place in envelope)
- [ ] Dental (Place in envelope)
- [ ] Americans with Disabilities Act (ADA)
- [ ] Other (explain below)

**STAFF**
- [✗] Custody Personnel
- [ ] Medical Staff
- [ ] Mental Health Staff
- [ ] Other (explain below)

*Optional (check only if applicable):*
- [ ] Use of force
- [ ] Retaliation
- [ ] Harassment
- [ ] Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| — ON GOING | (MCJ) | 9500-91 |

NOTICE IS HEREBY GIVEN THAT ON OCTOBER 11, 2018, I INMATE KENNETH MOORE INFORMED AN ADVOCATE VIA A PHONE CALL TO STRENGTH UNITED AS PART OF (PREA), OF A SEXUAL ASSAULT COMMITTED AGAINST ME BY A SHERIFF DEPUTY. THIS SAME ADVOCATE PERSON TOOK ACTIONS ON MY BEHALF BY INFORMING —— OVER BACK —— *If needed, additional space is provided on the back of this page.*

[ ] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[✗] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address **275 W. 2ND ST. #258** City **SAN PEDRO** State **CA** ZIP **90731** Phone **(424) 703-0390**

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
x *Kenneth Moore*

---------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

### FRONT PART 3 (PINK COPY)

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE REQUEST FORM

### Only one request per form.
### Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica é inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOCATION | DATE |
|------|----------------|----------|------------------|------|
| Kenneth Moore | 6427098 | MCJ | 9500-91 | 10/22/18 |

### I AM REQUESTING (only one request per form)

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive |
| Religion: | ☐ Voting information | ☐ Drug/alcohol treatment | comment about an |
| | ☐ Information about | ☐ To be an Inmate Worker | employee |
| ☐ Americans with | my mail | ☐ Fire Camp information | ☐ Food information |
| Disabilities Act | ☐ Commissary/vending | ☐ Supervised release | ☒ Other |
| (ADA) Coordinator | ☐ A haircut | (i.e. ankle monitor, | (explain below) |
| | ☐ To be rehoused or | house arrest) | |
| ☒ Other | reclassified | ☐ Community Transition Unit | |
| (explain below) | ☒ Other (explain below) | (Re-entry services) | |
| | | ☒ Other (explain below) | |

| LEGAL INFORMATION | (response) | OTHER | (response) |
|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | |
| ☐ Release date | | ☐ Telephone PIN | |
| ☐ SP status | | ☐ Library time | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | |
| ☐ Addresses for: | | ☒ Other:_____ | |
| Court/Parole/Probation | | | |

*These requests may be handled by the housing officer.*

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

NOTICE IS HEREBY GIVEN THAT ON OCTOBER 11, 2018, I INMATE KENNETH E. MOORE #6427098, INFORMED AN ADVOCATE VIA A PHONE CALL TO STRENGTH UNITED AS PART OF (PREA) OF SEXUAL ASSAULTS COMMITTED AGAINST ME, BY A SHERIFF DEPUTY. THIS SAME ADVOCATE PERSON TOOK ACTIONS ON MY BEHALF BY INFORMING JUST DETENTION INTERNATIONAL PERSONNEL AND REPORTED THE CRIME. ON THIS SAME DAY, I RECEIVED AN INTERVIEW BY CUSTODY SGT. INEZ CONCERNING MY CLAIM OF A DEPUTY BY THE NAME OF "CERRITOS" THAT WORKS HERE AT THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT (MENS CENTRAL JAIL). I INFORMED HER VIA VIDEO INTERVIEW THAT HE HAVE BEEN SEXUALLY ASSAULTING ME ON THE "STREETS" AND STOCKING ME IN THE LOS ANGELES AREA FOR THE LAST SIX (6) MONTHS TO A YEAR. I FEAR FOR MY SAFETY, BECAUSE OF HIM, BECAUSE HE HAVE THREATENED MY LIFE, AND TO PUNISH ME WITH INCARCERATION, BEFORE I WAS IN CUSTODY. IT SHOULD ALSO BE NOTED THAT I INFORMED THE ACLU.

WHEREFORE. (1) I REQUEST A COMPLETE INVESTIGATION INTO MY CLAIMS AGAINST DEPUTY—

---- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----

**☒ TURN OVER BACK ☒**

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

### FRONT PART 2 (PINK COPY)

SH-J-437 Rev. 05/16                    Green = Facility                    Pink –Inmate copy at time of submission

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
¿Es ésta queja una emergencia?

[ ] YES*   [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| KENNETH MOORE | 5427098 | MCJ | 9500-91 | 10/26/18 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

**GENERAL SERVICES**
- [ ] Living conditions
- [ ] Food
- [ ] Showers
- [ ] Property
- [ ] Mail
- [ ] Commissary/Account Balance
- [ ] Clothing/Linen/Bedding
- [ ] Educational/Vocational Programs
- [ ] Other (explain below)
- [ ] Classification
- [ ] Telephone
- [ ] Visiting

**MEDICAL/MENTAL**
- [ ] Medical Services (Place in envelope)
- [ ] Mental Health (Place in envelope)
- [ ] Dental (Place in envelope)
- [ ] Americans with Disabilities Act (ADA)
- [ ] Other (explain below)

**STAFF**
- [X] Custody Personnel
- [ ] Medical Staff
- [ ] Mental Health Staff
- [ ] Other (explain below)

*Optional (check only if applicable):*
- [ ] Use of force
- [X] Retaliation
- [ ] Harassment
- [ ] Racial or identity profiling

Specify the type(s) in your explanation.
(please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE/TIME/DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| - ON GOING | MCJ | 9500 CL |

PLEASE BE INFORMED THAT I, INMATE KENNETH E. MOORE #5427098, ON OCTOBER 12, 2018, FILED A WRITTEN COMPLAINT AGAINST DEPUTY CERRITOS THAT WORKS HERE AT THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT FOR SEXUAL ASSAULT HE COMMITTED AGAINST ME WHILE ON THE "STREETS" AND STALKING ME IN THE — OVER BACK — *If needed, additional space is provided on the back of this page.*

- [X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
- [X] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address 275 W. 2ND ST. #25B  City SAN PEDRO  State CALIF.  ZIP 90731  Phone (213) 703-0570

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X *Kenneth Moore*

-------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
### Only one request per form.
### Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOCATION | DATE |
|---|---|---|---|---|
| Kenneth Moore | 5427098 | MCJ | 9500-91 | 10/29/18 |

## I AM REQUESTING (only one request per form):

**TO SPEAK WITH**
- ☐ VA Representative
- ☐ Chaplain Religion: _____
- ☐ Americans with Disabilities Act (ADA) Coordinator
- ☒ Other (explain below)

**LOGISTICAL**
- ☐ Personal care items
- ☐ Legal forms
- ☐ Voting information
- ☐ Information about my mail
- ☐ Commissary/vending
- ☐ A haircut
- ☐ To be rehoused or reclassified
- ☒ Other (explain below)

**INMATE OPPORTUNITIES**
- ☐ Educational classes
- ☐ Special Education - IEP
- ☐ Drug/alcohol treatment
- ☐ To be an Inmate Worker
- ☐ Fire Camp information
- ☐ Supervised release (i.e. ankle monitor, house arrest)
- ☐ Community Transition Unit (Re-entry services)
- ☒ Other (explain below)

**OTHER**
- ☐ A credit calculation
- ☐ To make a positive comment about an employee
- ☐ Food information
- ☒ Other (explain below)

**INMATE NAME:**

| LEGAL INFORMATION | (response) | OTHER | (response) | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: Court/Parole/Probation | | ☒ Other:_____ | | |

## PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

I WAS SEXUALLY ASSAULTED BY A SHERIFF DEPUTY, WHILE I WAS ON THE STREETS. HOWEVER I INMATE KENNETH MOORE REQUEST TO RECEIVE AN INMATE INJURY/ILLNESS MEDICAL REPORT, I REQUEST A "SAR" KIT EXAM, AND A "MENTAL HEALTH CARE-EVALUATION, AND I REQUEST TO SPEAK WITH A SEXUAL ASSAULT ADVOCATE. AS PER THE PRISON RAPE ELIMINATION ACT OF 2003. IT SHOULD BE NOTED THAT I AM VERY DEPRESSED AND SUFFERING P.T.S.D SYMTOMS DUE TO THE SEXUAL ASSAULT COMMITTED AGAINST ME BY DEPUTY CERRITOS.

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

# COMPOSITE EXHIBIT "B"

**Grievance - Filed 10/12/2018**
**Grievance - Filed 10/29/2018**
**Grievance - Filed 10/30/2018**
**Grievance - Filed 11/28/2018**

| Is this grievance an emergency? ¿Es ésta queja una emergencia? | COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT |
|---|---|

**INMATE GRIEVANCE FORM**

YES* [ ]  NO [ ]

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Kenneth Moore | 5427098 | MCJ | 9500-91 | 10/12/18 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF [X] |
|---|---|---|
| [ ] Living conditions  [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food  [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers  [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [ ] Mail | [ ] Other (explain below) | Optional (check only if applicable): |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | [ ] Harassment |
| [ ] Other (explain below) | | [ ] Racial or identity profiling |

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

ON | DATE, TIME, DAY OF OCCURRENCE OCT 11 | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE 9500-91

NOTICE IS HEREBY GIVEN THAT ON OCTOBER 11, 2018, I INMATE KENNETH MOORE #5427098, INFORMED AN ADVOCATE, VIA A PHONE CALL TO STRENGTH UNITED AS PART OF (PREA) OF SEXUAL ASSAULTS COMMITTED AGAINST ME, BY A SHERIFF DEPUTY. THIS SAID ADVOCATE ————— OVER BACK PERSON TOOK ACTIONS ON MY BEHALF BY INFORMING JUST—

*If needed, additional space is provided on the back of this page.*

[X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.

[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address 215 W. 2ND ST., #298   City SAN PEDRO   State CALIF.   ZIP 90731   Phone (424) 703-0390

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature X _Kenneth Moore_

**------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------**

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| A. WICKROSO SGT. DRAKE | | OCT 25 18   4:53 |

Watch commander notified of emergency grievance.
[X] This grievance [ ] was, [X] was not handled as an emergency. If not, please explain below.

**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

If a disposition was rendered, please complete:

| FINDINGS | RELIEF | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| [ ] SUSTAINED | [ ] GRANTED | HOUS. FOR BATTERIES ONLY |
| [ ] SUSTAINED IN PART | [ ] GRANTED IN PART | NO MATTER FILE FURTHER |
| [ ] NOT SUSTAINED | [X] DENIED | GRIEVANCES |
| [ ] INCONCLUSIVE | [ ] RELIEF UNAVAILABLE | [ ] Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS) |

Inmate was notified of disposition/status/modification by: _____ (Supervisor), on _____ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (YELLOW COPY)**

**IF YOUR GRIEVANCE WAS NOT HANDLED AS AN EMERGENCY, PLEASE NOTE:** An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. Grievances submitted as an emergency which are later modified by the Department to be handled as a non-emergency, will be responded to within 15 days, in keeping with the time frames established for general grievances, and are not subject to appeal until a final disposition has been provided.

INMATE EMERGENCY APPEAL FORM – LEVEL 1
(FOR EMERGENCY APPEALS ONLY)
## Instructions:

**IF YOUR GRIEVANCE WAS HANDLED AS AN EMERGENCY AND YOU WOULD LIKE TO APPEAL THE DISPOSITION RENDERED, PLEASE NOTE:** Fill out the portion below. Provide as much detail as possible to describe why you are appealing the disposition on your emergency grievance. Once completed, cut along the line below and submit the top portion of this form. As an inmate within the Los Angeles County Jail system, you have only **2** calendar days from the time you received the results of your emergency grievance to submit an appeal.

| INMATE NAME | BOOKING # | FACILITY | HOUSING LOC. | DATE | REFERENCE # |
|---|---|---|---|---|---|
| Kenneth Moore | 5427098 | MCJ | 9500-91 | 10/29/18 | 455309 |

DISSATISFIED: MY ISSUE IS THAT I, JAM MOORE, HAVE BEEN WAITING FOR A RESPONSE TO MY APPEALS CONCERNING THE SEXUAL ASSAULT COMMITTED AGAINST ME BY CUSTODY STAFF DEPUTY (EP POLOS). I REPORTED THE SEXUAL ABUSE ON OCT. 11, 2018 AND I FILED SEVERAL MORE APPEALS DATED OCT. 12, 22, 26, & 29 2018 GIVING THE APPEALS COORDINATOR NOTICE OF THE INCIDENT. HOWEVER ITS BEEN MORE THAN 15 DAYS NOW, TO HAVE MY APPEALS ANSWERED, BUT I WAS INFORMED BY A SENIOR DEPUTY SHERIFF THAT MY APPEALS WERE NOT PROCESSED BUT THROWN OUT OR EITHER LOST. THEREFORE, I AM DISSATISFIED, AS MY 1ST AMENDMENT RIGHTS ARE BEING VIOLATED BY NOT GIVING ME A RESPONSE TO MY COMPLAINTS DATED ABOVE. SO THAT I CAN EXHAUST ALL OF MY ADMINISTRATIVE REMEDIES.

| INMATE'S SIGNATURE | DATE: |
|---|---|
| Kenneth Moore | 10/29/18 |

Your emergency appeal is ☐ upheld ☐ denied

*Actions taken and/or reason for denial:

Date and Time of Collection:

11-28-18 SPOKE TO I/M MOORE AND ADVISED THIS IS BEING HANDLED BY AN OUTSIDE AGENCY. SGT. INEZ #476216

*Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

| COMMANDER (OR DESIGNEE) | DATE |
|---|---|
| | |

Inmate was provided a copy of this completed form by: _____ (Supervisor), on _____ (Date/Time).

- - - - - - - - - - - - - - - - CUT HERE - - - - - - - - - - - - - - - -

## RETAIN THIS SECTION FOR YOUR RECORD

*These are your rights in regards to the emergency appeal process:*

- You must submit an appeal within **2** calendar days of receiving the response to your emergency grievance.
- Your appeal will be denied if you do not submit it within **2** calendar days.
- Your emergency appeal should be submitted on this form, with all sections completely filled out.
- If you are unable to fill out this form, notify custody personnel who will assist you in completing the form.
- You will be advised in writing by a supervisor of the result of your emergency appeal submission within **5** calendar days of your emergency appeal submission.

### FILL OUT THE BELOW SECTION AND KEEP FOR YOUR RECORDS

| INSERT **REFERENCE NUMBER** FROM THE FRONT OF THE FORM HERE: | DATE: |
|---|---|
| | |

**BACK PART 2 (YELLOW COPY)**
**(EMERGENCY APPEAL FORM – LEVEL 1)**

| Is this grievance an emergency?<br>¿Es ésta queja una emergencia? | COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT |
|---|---|

## INMATE GRIEVANCE FORM

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[YES*] ☒ [NO]

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**See the back copy for instructions.**
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME (NOMBRE) | BOOKING NUMBER | FACILITY | HOUSING LOC | DATE (FECHA) |
|---|---|---|---|---|
| KENNETH MOORE | 5427098 | MCJ | 9300-66 | 10/30/18 |

REFERENCE NUMBER:

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions  ☐ Classification | ☐ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☒ Other (explain below) |
| ☐ Mail | ☒ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☒ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☒ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| 10/30/18 AT 6:30PM | MCJ | 9300 66 |

I WAS JUST PHYSICALLY ASSAULTED BY AN INMATE IN DORM 9300 BECAUSE TODAY I REPORTED TO STAFF THAT I HAVE BEEN SEXUALLY ASSAULTED BY A DEPUTY. I SPECIFICALLY ASKED MENTAL HEALTH STAFF AND CUSTODY NOT TO MOVE ME FROM 9500 DORM — OVER BACK —

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.

☒ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address 215 W. 2ND ST. #25B City SAN PEDRO State CA ZIP 90731 Phone 424 705-0370

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X *Kenneth Moore*

-------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

YES (circled) | NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/sc guridad, notifique a un alguacil de inmediato.

**Only one grievance per form.**
Solamente una queja por forma.

REFERENCE NUMBER:

| NAME (Nombre) | BOOKING NUMBER (Su número de fichaje) | FACILITY (Facilidad) | HOUSING LOC. (Lugar de vivienda) | DATE (Fecha) |
|---|---|---|---|---|
| Kenneth Moore | 5427098 | MCJ | 9500-103 | 11/28/18 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

### GENERAL SERVICES
- [ ] Living conditions
- [ ] Food
- [ ] Showers
- [ ] Property
- [ ] Mail
- [ ] Commissary/Account Balance
- [ ] Clothing/Linen/Bedding
- [ ] Educational/Vocational Programs
- [ ] Other (explain below)
- [ ] Classification
- [ ] Telephone
- [ ] Visiting

### MEDICAL/MENTAL
- [ ] Medical Services (Place in envelope)
- [ ] Mental Health (Place in envelope)
- [ ] Dental (Place in envelope)
- [ ] Americans with Disabilities Act (ADA)
- [ ] Other (explain below)

### STAFF
- [X] Custody Personnel
- [ ] Medical Staff
- [ ] Mental Health Staff
- [ ] Other (explain below)

*Optional (check only if applicable):*
- [X] Use of force
- [X] Retaliation
- [ ] Harassment
- [ ] Racial or identity profiling

Specify the type(s) in your explanation.
(please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| 3:40 PM (DATE, TIME, DAY OF OCCURRENCE) | MCJ (FACILITY OF OCCURRENCE) | 9500-103 (LOCATION OF OCCURRENCE) |
|---|---|---|

TO: THE APPEALS COORDINATOR: PLEASE BE INFORMED THAT ON NOVEMBER 28, 2018, I INMATE K. MOORE, WAS INTERVIEWED BY SHERIFF SGT. INEZ & SGT. GARCIA CONCERNING SEVERAL INMATE GRIEVANCE FORMS, THAT I HAVE FILED, INTO AN INCIDENT OF SEXUAL ASSAULT COMMITTED AGAINST ME, WHILE ON THE STREETS BY DEPUTY CERRITOS, THAT WORKS HERE AT THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT. **TURN OVER BACK**

*If needed, additional space is provided on the back of this page.*

- [X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
- [X] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address 245 W. 2ND St. #238 City SAN PEDRO State CA ZIP 90731 Phone (213) 703-0390

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X *Kenneth Moore*

-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

# COMPOSITE EXHIBIT "C"

**Grievance - Filed 11/02/2018**
**Grievance - Filed 11/30/2018**
**Grievance - Filed 12/18/2018**
**Grievance - Filed 01/02/2019**
**Grievance - Filed 01/06/2019**
**Grievance - Filed 01/16/2019**

**Is this grievance an emergency?**
**¿Es ésta una queja una emergencia?**

YES* NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOC. | DATE |
|------|----------------|----------|--------------|------|
| Kenneth Moore | 5427098 | MCJ | 9500 112 | 11/02/18 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

**GENERAL SERVICES**
- ☐ Living conditions
- ☐ Food
- ☐ Showers
- ☐ Property
- ☐ Mail
- ☐ Commissary/Account Balance
- ☐ Clothing/Linen/Bedding
- ☒ Educational/Vocational Programs
- ☐ Other (explain below)
- ☐ Classification
- ☐ Telephone
- ☐ Visiting

**MEDICAL/MENTAL**
- ☐ Medical Services (Place in envelope)
- ☐ Mental Health (Place in envelope)
- ☐ Dental (Place in envelope)
- ☐ Americans with Disabilities Act (ADA)
- ☒ Other (explain below)

**STAFF**
- ☐ Custody Personnel
- ☐ Medical Staff
- ☐ Mental Health Staff
- ☐ Other (explain below)
Optional (check only if applicable):
- ☐ Use of force
- ☐ Retaliation
- ☐ Harassment
- ☐ Racial or identity profiling
Specify the type(s) in your explanation.
(please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

DATE, TIME, DAY OF OCCURRENCE __On__     FACILITY OF OCCURRENCE __MCJ__     LOCATION OF OCCURRENCE __9500__

I Kenneth Moore, #5427098, request to receive proper time in the "Law Library" to conduct legal research and file a civil rights complaint against a deputy who works here at L.A. County Jail that sexually assaulted me, and to study only on my case.

If needed, additional space is provided on the back of this page.

☒ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☒ In the event I am transferred prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address 213 W 24th St #258 __City__ San Pedro __State__ CA __ZIP__ 90731 __Phone (__ 424 __)__ 703 0390

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
x _Kenneth Moore_

------------------------------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
### Only one request per form.
### Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME / NOMBRE | BOOKING NUMBER / NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOCATION / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Kenneth Moore | 5427098 | MCJ | 9500-103 | 11/30/18 |

## I AM REQUESTING (only one request per form)

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain Religion: _____ | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive comment about an employee |
| | ☐ Voting information | ☐ Drug/alcohol treatment | |
| ☐ Americans with Disabilities Act (ADA) Coordinator | ☐ Information about my mail | ☐ To be an Inmate Worker | ☐ Food information |
| | ☐ Commissary/vending | ☐ Fire Camp information | ☐ Other (explain below) |
| | ☐ A haircut | ☐ Supervised release (i.e. ankle monitor, house arrest) | |
| ☐ Other (explain below) | ☐ To be rehoused or reclassified | ☐ Community Transition Unit (Re-entry services) | |
| | ☐ Other (explain below) | ☐ Other (explain below) | |

| LEGAL INFORMATION | (response) | OTHER | (response) | These requests may be handled by the housing officer. |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☒ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other:_____ | | |

## PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

TO: THE LAW LIBRARY CLERK:

I REQUEST TO RECEIVE TIME IN THE LAW LIBRARY TO WORK ON MY CASE. I REQUEST TO FILE A CIVIL RIGHTS COMPLAINT AND WORK ON THIS CASE AS PRO PRE STATUS. CAN YOU PLEASE SEND ME A SCHEDUAL FOR LIBRARY TIME. THANK YOU!

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

SH-J-437 Rev. 05/16      Green = Facility      Pink –Inmate copy at time of submission

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE REQUEST FORM

**Only one request per form.**

**Solamente una solicitud por forma.**

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety,
notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOCATION | DATE |
|------|----------------|----------|------------------|------|
| Kenneth Moore | 5427098 | MCJ | 9500-122 | 12/18/18 |

### I AM REQUESTING (only one request per form)

**TO SPEAK WITH**
- [ ] VA Representative
- [ ] Chaplain
  Religion:
- [ ] _____ Americans with Disabilities Act (ADA) Coordinator
- [ ] Other (explain below)

**LOGISTICAL**
- [ ] Personal care items
- [ ] Legal forms
- [ ] Voting information
- [ ] Information about my mail
- [ ] Commissary/vending
- [ ] A haircut
- [ ] To be rehoused or reclassified
- [ ] Other (explain below)

**INMATE OPPORTUNITIES**
- [ ] Educational classes
- [ ] Special Education - IEP
- [ ] Drug/alcohol treatment
- [ ] To be an Inmate Worker
- [ ] Fire Camp information
- [ ] Supervised release (i.e. ankle monitor, house arrest)
- [ ] Community Transition Unit (Re-entry services)
- [ ] Other (explain below)

**OTHER**
- [ ] A credit calculation
- [ ] To make a positive comment about an employee
- [ ] Food information
- [ ] Other (explain below)

| LEGAL INFORMATION | (response) | OTHER | (response) | |
|-------------------|------------|-------|------------|---|
| [ ] Next court date | | [ ] Account balance | | These requests may be handled by the housing officer. |
| [ ] Release date | | [ ] Telephone PIN | | |
| [ ] SP status | | [X] Library time | | |
| [ ] Charge(s) | | [ ] Shoes/Mattress/Linen | | |
| [ ] Hold(s)/Warrant(s) | | [ ] A "hygiene kit" | | |
| [ ] Addresses for: Court/Parole/Probation | | [ ] Other:_____ | | |

**INMATE NAME:**

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

I REQUEST TO RECEIVE TIME IN THE LAW LIBRARY TO WORK ON MY INDIVICUAL CASE. I WOULD LIKE TO READ LAW BOOKS AND UTILIZE THIS TIME TO HELP MYSELF BECOME FAMILIAR WITH THE LAW.

-------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|----------------------------|------------|----------------------------------------|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

SH-J-437 Rev. 05/16        Green – Facility        Pink –Inmate copy at time of submission

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE REQUEST FORM

### Only one request per form.
#### Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOCATION | DATE |
|---|---|---|---|---|
| Kenneth Moore | 5427098 | MCJ | 9500-122 | 1/02/19 |

### I AM REQUESTING (only one request per form)

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain Religion: _____ | ☒ Legal forms | ☐ Special Education - IEP | ☐ To make a positive comment about an employee |
| | ☐ Voting information | ☐ Drug/alcohol treatment | |
| ☐ Americans with Disabilities Act (ADA) Coordinator | ☐ Information about my mail | ☐ To be an Inmate Worker | ☐ Food information |
| | ☐ Commissary/vending | ☐ Fire Camp information | ☐ Other (explain below) |
| | ☐ A haircut | ☐ Supervised release (i.e. ankle monitor, house arrest) | |
| ☐ Other (explain below) | ☐ To be rehoused or reclassified | ☐ Community Transition Unit (Re-entry services) | |
| | ☐ Other (explain below) | ☐ Other (explain below) | |

**INMATE NAME:**

| LEGAL INFORMATION | (response) | OTHER | (response) |
|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | |
| ☐ Release date | | ☐ Telephone PIN | |
| ☐ SP status | | ☒ Library time | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other: _____ | |

*These requests may be supplied by the housing officer.*

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

I REQUEST TO RECEIVE TIME IN THE LAW LIBRARY TO FILE A CIVIL RIGHTS COMPLAINT AGAINST A DEPUTY FOR SEXUALLY ASSAULTING ME. I WOULD LIKE TO READ LAW BOOKS, AND UTILIZE THE TIME TO RECEIVE LEGAL FORMS AND MATIRALS TO HELP MYSELF BECOME FAMILIAR WITH THE LAW.

------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

SH-J-437 Rev. 05/16

Green - Facility                    Pink – Inmate copy at time of submission

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

YES*    NO ✓

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza especifica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

REFERENCE NUMBER:

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOC. | DATE |
|------|----------------|----------|--------------|------|
| Kenneth Moore | 5427098 | MCJ | 9500-122 | 01/06/19 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

### GENERAL SERVICES
- [ ] Living conditions
- [ ] Food
- [ ] Showers
- [ ] Property
- [ ] Mail
- [ ] Commissary/Account Balance
- [ ] Clothing/Linen/Bedding
- [ ] Educational/Vocational Programs
- [X] Other (explain below)
- [ ] Classification
- [ ] Telephone
- [ ] Visiting

### MEDICAL/MENTAL
- [ ] Medical Services (Place in envelope)
- [ ] Mental Health (Place in envelope)
- [ ] Dental (Place in envelope)
- [ ] Americans with Disabilities Act (ADA)
- [ ] Other (explain below)

### STAFF
- [ ] Custody Personnel
- [ ] Medical Staff
- [ ] Mental Health Staff
- [ ] Other (explain below)

*Optional (check only if applicable):*
- [ ] Use of force
- [ ] Retaliation
- [ ] Harassment
- [ ] Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | LOCATION OF OCCURRENCE | |
|---|---|---|
| JAN. 06, 2019 7:00 PM | MCJ | 9500-122 |

TO: THE LAW LIBRARY-LEGAL UNIT: PLEASE BE INFORMED THAT I INMATE, KENNETH MOORE #5427098, HAVE FILED OVER THREE (3) INMATE REQUEST FORMS TO YOUR OFFICE REQUESTING FOR TIME IN THE LAW LIBRARY TO EITHER FILE A CIVIL RIGHTS COMPLAINT TO THE COURT — *If needed, additional space is provided on the back of this page.* — TURN OVER BACK —

- [ ] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
- [X] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address 275 W. 2ND ST. #258 City SAN PEDRO State CA ZIP 90131 Phone 714 703-0390

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X _Kenneth Moore_

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS)

**FRONT PART 3 (PINK COPY)**

SH-J-420 REV. 05/15    White - Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink– Inmate copy at time of submission

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

YES*   NO ✓

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

REFERENCE NUMBER:

| NAME / NOMBRE | BOOKING NUMBER / NÚMERO DE FICHA | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Kenneth Moore | 5427098 | MCJ | 9500-122 | 01/16/19 |

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

**GENERAL SERVICES**
- [ ] Living conditions
- [ ] Food
- [ ] Showers
- [ ] Property
- [ ] Mail
- [ ] Commissary/Account Balance
- [ ] Clothing/Linen/Bedding
- [ ] Educational/Vocational Programs
- [ ] Other (explain below)
- [ ] Classification
- [ ] Telephone
- [ ] Visiting

**MEDICAL/MENTAL**
- [ ] Medical Services (Place in envelope)
- [ ] Mental Health (Place in envelope)
- [ ] Dental (Place in envelope)
- [ ] Americans with Disabilities Act (ADA)
- [ ] Other (explain below)

**STAFF**
- [x] Custody Personnel
- [ ] Medical Staff
- [ ] Mental Health Staff
- [ ] Other (explain below)

*Optional (check only if applicable):*
- [x] Use of force
- [x] Retaliation
- [ ] Harassment
- [ ] Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE/TIME/DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| ON GOING | MCJ | 9500-122 |

TO: SGT. GARCIA: PLEASE BE INFORMED THAT I INMATE KENNETH MOORE #5427098 AM BEING DENIED ACCESS TO THE LAW LIBRARY BY CUSTODY PERSONNEL. ON DEC. 18, 2018, I SUBMITTED AN INMATE REQUEST FORM REQUESTING TO RECIEVE TIME IN THE LAW LIBRARY TO WORK ON MY INDIVIUAL CASE AND TO HELP MYSELF UNDERSTAND THE PROCEDURES OF THE LAW. → "TURN OVER BACK"

INMATE NAME:

- [x] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
- [ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

If needed, additional space is provided on the back of this page.

Mailing address 215 W. 2ND ST. #258   City SAN PEDRO   State CA   ZIP 10732   Phone (424) 703-0570

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
x   Kenneth Moore

---------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

# COMPOSITE EXHIBIT "D"

*(Relating to Defendant Inez Deliberately "Losing" the Plaintiff's Grievances)*

**Grievance Appeal Status Notification - 12/18/2018**

**Interim Status Notification - 12/18/2018**

**Grievance - Filed 11/29/2018**
**Grievance - Filed 12/11/2018**
**Grievance - Filed 12/19/2018**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## GRIEVANCE APPEAL STATUS NOTIFICATION

**REFERENCE #: 5100-2018-1203-228**

**GRIEVANCE INFORMATION:**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5427098 | MOORE | KENNETH | EARL |
| Facility | Housing Location | | Response Due By |
| CJ | 9500 R 0103 | | 12/12/2018 |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | Other |

Grievance Details:
I/M is requesting to receive copies of his inmate grievances from October 12, 22, 26, 29 and November 1, 2, 9 and 28th, 2018

## APPEAL LEVEL 1 STATUS:

**Status:**

**Denied**

**Comments:**

Per our records, the Grievance Office has not received grievances reported/submitted by Inmate on October 12, 22, 26, 29, 30 and November 1st.

| Status Notification Issued By: | Employee # |
|---|---|
| Karapetyan | 616630 |

---

**REFERENCE #: 5100-2018-1203-228**

| Inmate's Signature: *K. Moore* | Booking #: 5427098 | Date: 12/18/2018 |
|---|---|---|

\*

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INTERIM STATUS NOTIFICATION

**REFERENCE #: 5100-2018-1101-208**

**GRIEVANCE INFORMATION:**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5427098 | MOORE | KENNETH | EARL |

| Facility | Housing Location | Date of Collection |
|---|---|---|
| CJ | 9500 R 0122 | 12/18/2018 |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | A staff member |

Grievance Details:
Inmate is alleging misconduct by deputy personnel.

**INTERIM STATUS:**

**Status:** ICIB

**Comments:**

Your grievance is being investigated by another unit, and will be completed within the Sheriff's Department's established time frames. Depending on the complexity of the investigation, updates on the status of your grievance may not be available. You may be contacted for further information, and will receive a notification when the investigation is complete.

**Status Notification Issued By:**      **Employee #**

Villalobos      406894

---

**REFERENCE #: 5100-2018-1101-208**

| Inmate's Signature: *K. Moore* | Booking #: 5427098 | Date: 12/18/2018 |
|---|---|---|

SH-J-420

| Is this grievance an emergency? ¿Es ésta queja una emergencia? | COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT |
|---|---|

## INMATE GRIEVANCE FORM

YES* ☐   NO ☐

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOC. | DATE |
|---|---|---|---|---|
| KENNETH MOORE | 5427098 | MCJ | 9500-103 | 11/29/18 |

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions  ☐ Classification | ☐ Medical Services (Place in envelope) | ☒ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

DATE/TIME/DAY OF OCCURRENCE: ONGOING   FACILITY OF OCCURRENCE: MCJ   LOCATION OF OCCURRENCE: 1500 1G

TO: THE SENIOR ON DUTY: I REQUEST TO RECEIVE COPIES OF MY INMATE GRIEVANCE FORM FOR THESE DATES: OCTOBER 12, 22, 26, 29 & 30TH, AND NOVEMBER 01, 02, 09, & 28TH 2018.

*If needed, additional space is provided on the back of this page.*

☒ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☒ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address 275 N. 2ND ST. #256   City SAN PEDRO   State CA   ZIP 91731   Phone (21) 705-0810

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X  Kenneth Moore

---------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

( YES* )    [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE LA FECHA |
|---|---|---|---|---|
| KENNETH MOORE | 5427098 | MCJ | 9500-122 | 12/11/18 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING

**GENERAL SERVICES**
- [ ] Living conditions
- [ ] Food
- [ ] Showers
- [ ] Property
- [ ] Mail
- [ ] Commissary/Account Balance
- [ ] Clothing/Linen/Bedding
- [ ] Educational/Vocational Programs
- [ ] Other (explain below)
- [ ] Classification
- [ ] Telephone
- [ ] Visiting

**MEDICAL/MENTAL**
- [ ] Medical Services (Place in envelope)
- [ ] Mental Health (Place in envelope)
- [ ] Dental (Place in envelope)
- [ ] Americans with Disabilities Act (ADA)
- [ ] Other (explain below)

**STAFF**
- [X] Custody Personnel
- [ ] Medical Staff
- [ ] Mental Health Staff
- [ ] Other (explain below)

*Optional (check only if applicable):*
- [ ] Use of force
- [X] Retaliation
- [ ] Harassment
- [ ] Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| — ON GOING — | MCJ | 9500-122 |

TO: GRIEVANCE COORDINATORS: VILLALOBOS & LEYN: PLEASE BE INFORMED THAT I INMATE KENNETH MOORE #5427098 AM CONVINCED THAT BOTH OF YOU GRIEVANCE COORDINATORS IS RETALIATING AGAINST ME FOR REPORTING THAT I WAS SEXUALLY ASSAULTED BY A DEPUTY AND IS NOT PROCESSING ANY OF MY GRIEVANCES THAT I HAVE FILED DATED — —TURN OVER BACK—

*If needed, additional space is provided on the back of this page.*

- [X] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
- [ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address 275 W. 2ND ST. #258   City SAN PEDRO   State CA   ZIP 90731   Phone (424) 703-0390

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X   Kenneth Moore

---------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

SH-J-420 Rev. 05/16    White - Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission

**REFERENCE NUMBER:** 5100-2018-1205-128

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
¿Es ésta queja una emergencia?

(YES*)    NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOC. | DATE |
|------|----------------|----------|--------------|------|
| Kenneth Moore | 5427098 | MCJ | 9500-122 | 12/19/2018 |

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING

**GENERAL SERVICES**
- ☐ Living conditions
- ☐ Food
- ☐ Showers
- ☐ Property
- ☐ Mail
- ☐ Commissary/Account Balance
- ☐ Clothing/Linen/Bedding
- ☐ Educational/Vocational Programs
- ☐ Other (explain below)
- ☐ Classification
- ☐ Telephone
- ☐ Visiting

**MEDICAL/MENTAL**
- ☐ Medical Services (Place in envelope)
- ☐ Mental Health (Place in envelope)
- ☐ Dental (Place in envelope)
- ☐ Americans with Disabilities Act (ADA)
- ☐ Other (explain below)

**STAFF**
- ☒ Custody Personnel
- ☐ Medical Staff
- ☐ Mental Health Staff
- ☐ Other (explain below)

*Optional (check only if applicable):*
- ☐ Use of force
- ☒ Retaliation
- ☒ Harassment
- ☐ Racial or identity profiling

Specify the type(s) in your explanation.
(please refer to the reverse side of the pink copy for more information)

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| — ON GOING — | MCJ | 9500-122 |

Please be informed that I, inmate Kenneth Moore #5427098 am being denied access to the inmate grievance appeal process by custody personnel - By Karapetyan Employee # 616630. On December 18, 2018, I inmate Moore, received a County of Los Angeles Sheriffs Department grievance appeal status notification form reference # → -TURN OVER BACK-

- ☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
- ☒ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution. *If needed, additional space is provided on the back of this page.*

Mailing address **275 W. 2nd St. #258** City **San Pedro** State **CA** ZIP **90731** Phone **424 703-0390**

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X  *Kenneth Moore*

------------------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

# COMPOSITE EXHIBIT "E"

**Grievance - Filed 12/16/2018**
**Grievance - Filed 12/23/2018**
**Grievance - Filed 01/17/2019**

**Letter From Capt. Jason P. Wolak - 02/19/2019**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE FORM

**See the back copy for instructions.**
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
¿Es ésta queja una emergencia?

☑ YES / SÍ   ☐ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOC. | DATE |
|---|---|---|---|---|
| KENNETH Moore | 5427098 | MCJ | 9500-122 | 12/16/18 |

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING

**GENERAL SERVICES**
- ☒ Living conditions
- ☐ Food
- ☐ Showers
- ☐ Property
- ☐ Mail
- ☐ Commissary/Account Balance
- ☐ Clothing/Linen/Bedding
- ☐ Educational/Vocational Programs
- ☐ Classification
- ☐ Telephone
- ☐ Visiting
- ☐ Other (explain below)

**MEDICAL/MENTAL**
- ☐ Medical Services (Place in envelope)
- ☐ Mental Health (Place in envelope)
- ☐ Dental (Place in envelope)
- ☐ Americans with Disabilities Act (ADA)
- ☐ Other (explain below)

**STAFF**
- ☒ Custody Personnel
- ☐ Medical Staff
- ☐ Mental Health Staff
- ☐ Other (explain below)
- *Optional (check only if applicable):*
- ☐ Use of force
- ☒ Retaliation
- ☐ Harassment
- ☐ Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

DATE/TIME, DAY OF OCCURRENCE: — ONGOING —
FACILITY OF OCCURRENCE: MCJ
LOCATION OF OCCURRENCE: 9500-122

TO SHERIFF CAPTAIN'S DALLY & MANCILLA: PLEASE BE INFORMED THAT ON OCT. 11, 2018, I, INMATE KENNETH MOORE #5427098 REPORTED THAT I WAS SEXUALLY ASSAULTED BY DEPUTY CERRITOS. SINCE THEN I HAVE BEEN RETALIATED AGAINST BY SGT. INIZ AND OTHER (CUSTODY) PERSONNEL. BECAUSE I HAVE REQUESTED TO SPEAK TO MENTAL HEALTH STAFF AND A SEXUAL ASSAULT ADVOCATE — TURN OVER BACK —

- ☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
- ☒ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address 275 W 2ND ST. #25B City SAN PEDRO State CA ZIP 90731 Phone 714 703-0890

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature X Kenneth Moore

--- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ---

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

YES ⊗    NO ☐

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

REFERENCE NUMBER:

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| KENNETH MOORE | 5427098 | MCJ | 9500-122 | 12/23/18 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ⊠ Living conditions  ☐ Classification | ⊠ Medical Services (Place in envelope) | ⊠ Custody Personnel |
| ⊠ Food  ☐ Telephone | ⊠ Mental Health (Place in envelope) | ☐ Medical Staff |
| ⊠ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ⊠ Clothing/Linen/Bedding | | ⊠ Retaliation |
| ☐ Educational/Vocational Programs | | ⊠ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| ON GOING | MCJ | 9500-122 |

INMATE NAME:

TO: SHERIFF ALEX VILLANUEVA: PLEASE BE INFORMED THAT I, INMATE KENNETH MOORE #5427098 HAVE FILED NUMEROUS GRIEVANCE FORM/COMPLAINTS AGAINST DEPUTY CERRITOS FOR THE SEXUAL ASSAULT HE HAVE COMMITTED AGAINST ME AND FOR THE RETALIATION TAKEN AGAINST ME BY OTHER DEPUTIES FOR FILING A SEXUAL ASSAULT COMPLAINT AGAINST A DEPUTY, BUT I WAS DENIED — (OVER BACK)

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
⊠ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address 275 W. 2ND ST. #258   City SAN PEDRO   State CA   ZIP 10731   Phone (424) 703-0390

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X  Kenneth Moore

-------------------------------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** --------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE FORM
### See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

### Only one grievance per form.
Solamente una queja por forma.

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[ ] YES* (circled)   [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOC. | DATE |
|---|---|---|---|---|
| Kenneth Moore | 5427098 | MCJ | 9500-122 | 01/17/19 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

### GENERAL SERVICES
- [X] Living conditions
- [ ] Food
- [ ] Showers
- [ ] Property
- [ ] Mail
- [ ] Commissary/Account Balance
- [ ] Clothing/Linen/Bedding
- [ ] Educational/Vocational Programs
- [ ] Other (explain below)
- [ ] Classification
- [ ] Telephone
- [ ] Visiting

### MEDICAL/MENTAL
- [ ] Medical Services (Place in envelope)
- [ ] Mental Health (Place in envelope)
- [ ] Dental (Place in envelope)
- [ ] Americans with Disabilities Act (ADA)
- [ ] Other (explain below)

### STAFF
- [X] Custody Personnel
- [ ] Medical Staff
- [ ] Mental Health Staff
- [ ] Other (explain below)

*Optional (check only if applicable):*
- [ ] Use of force
- [X] Retaliation
- [X] Harassment
- [ ] Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

DATE, TIME, DAY OF OCCURRENCE — ONGOING    FACILITY OF OCCURRENCE MCJ    LOCATION OF OCCURRENCE 9500-122

THIRD (3RD) LEVEL FACILITY COMMANDER OR SHERIFFS RESPONSE REQUIRED.
THIS IS TO EXHAUST ALL ADMINISTRATIVE REMEDIES, REGARDING ALL GRIEVANCES FILED BY THIS COMPLAINANT FOR SEXUAL ASSAULT COMMITTED AGAINST ME BY A L.A.S.D DEPUTY. AND THE RETALIATION BY OTHER DEPUTIES → TURN OVER BACK

*If needed, additional space is provided on the back of this page.*

- [ ] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
- [X] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address 216 N. 2ND ST. #258   City SAN PEDRO   State CA   ZIP 90731   Phone 424 703 0910

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature X *Kenneth Moore*

-------------------------------- FOR DEPARTMENT USE ONLY.- DO NOT WRITE BELOW THIS LINE --------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
### FRONT PART 3 (PINK COPY)

SH-I-420 Rev. 05/16    White - Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission




# OFFICE OF THE SHERIFF

## COUNTY OF LOS ANGELES

### HALL OF JUSTICE

ALEX VILLANUEVA, SHERIFF

February 19, 2019

Kenneth Moore
275 W. 2nd Street #258
San Pedro, CA 90731

Dear Mr. Moore:

### Inmate Grievance

On January 17, 2019, you filed a grievance at Men's Central Jail (5100-2019-0117-320). Sergeant McNeill is conducting an inquiry into the matter and has requested you contact him at 213-974-4940 between the hours of 1:00 to 9:00 p.m. to continue this process. Please respond within **(10) business days** of receipt of this letter.

Your cooperation is highly appreciated, as this affords me the opportunity to further evaluate the performance of personnel assigned to Men's Central Jail.

Sincerely,

Alex Villanueva, SHERIFF

Jason P. Wolak, Captain
Men's Central Jail

211 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012

*A Tradition of Service*
*— Since 1850 —*

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Ms.Kenneth Earl Moore, #T-06842__ , declare:

I am over 18 years of age and a party to this action. I am a resident of __San Diego,__

__Richard J. Donovan Correctional Facility__ Prison,

in the county of __San Diego__ ,

State of California. My prison address is: __480 Alta Road, San Diego, California__ ,

__92179__ .

On __JANUARY 06, 2020__ ,
(DATE)

I served the attached: __42. U.S.C §1983 Action, ATTN: Intake Doc/Clerk__

__"FIRST AMENDED COMPLAINT"__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

United States District Court, Central District

312 N. Spring Street, Room G-8

Los Angeles, California 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on __JANUARY 06, 2020__ ___Kenneth E. Moore___
(DATE)                              (DECLARANT'S SIGNATURE)