Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Neda Mohammadzadeh, State Bar No. 313623
E-Mail: nmzadeh@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, SERGEANT INEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| KENNETH EARL MOORE, | CASE NO. 2:19-cv-08946-DSF(JPRx) |
|---|---|
| Plaintiff, | [Assigned to Judge Dale S. Fischer, Courtroom "7D"] |
| v. | **NOTICE OF INTERESTED PARTIES PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULE 7.1-1 ON BEHALF OF DEFENDANT SERGEANT INDIA INEZ** |
| CERRITOS, DEPUTY SHERIFF, LOS ANGELES COUNTY SHERIFF DEPARTMENT, and INEZ, SERGEANT, LOS ANGELES COUNTY SHERIFF DEPARTMENT, | |
| Defendants. | Action Filed: 10/17/19<br>FAC Filed: 01/13/20<br>SAC Filed: 10/26/20<br>TAC Filed: 02/07/21 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for defendant SERGEANT INDIA INEZ certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

/ / /

/ / /

/ / /

/ / /

| Parties | Connection and Interest |
|---|---|
| Sergeant India Inez | Defendant |

DATED: February 23, 2021    HURRELL CANTRALL LLP


By: /s/ Neda Mohammadzadeh
    THOMAS C. HURRELL
    NEDA MOHAMMADZADEH
    Attorneys for Defendant, SERGEANT INEZ

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000