1
2
3
4
5
6

SEKI, NISHIMURA & WATASE, LLP
GILBERT M. NISHIMURA (SBN 57905)
gnishimura@snw-law.com
JANET L. KEUPER (SBN 128417)
jkeuper@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871

7

Attorneys for Defendant, JESSE CERRITOS

8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20

KENNETH EARL MOORE,

Plaintiff,

vs.

CERRITOS, DEPUTY SHERIFF, LOS
ANGELES COUNTY SHERIFF
DEPARTMENT, and INEZ,
SERGEAN T, LOS ANGELES
COUNTY SHERIFF DEPARTMENT,

Defendants.

Case No.:  2:19-cv-08946-DSF (JPRx)

(Hon. Dale S. Fischer)

**ANSWER OF DEFENDANT, JESSE
CERRITOS, TO PLAINTIFF'S
THIRD AMENDED COMPLAINT;
REQUEST FOR JURY TRIAL**

**Action Filed: October 17, 2019**

21
22
23
24
25
26
27
28

         TO PLAINTIFF AND TO ALL PARTIES AND TO THEIR RESPECTIVE

ATTORNEYS OF RECORD HEREIN:

         Defendant, JESSE CERRITOS, for himself alone and for no others, hereby

answers the Third Amended Complaint (SAC) of plaintiff, KENNETH EARL

MOORE and pleads as follows:

///

///

## JURISDICTION AND VENUE

1.      Answering Paragraph 1, Defendant admits that jurisdiction is proper based upon the allegations of the TAC.  Defendant denies that he violated Plaintiff's civil rights.

2.      Answering Paragraph 2, Defendant admits that venue is proper based upon the allegations of the TAC.  Defendant denies that he violated Plaintiff's civil rights.

## PARTIES

3.      Answering Paragraph 3, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

4.      Answering Paragraph 4, Defendant admits that he was and is a Deputy Sheriff with the Los Angeles County Sheriff's Department.  The remainder of the allegations in this paragraph are vague, ambiguous and over broad.   Accordingly, Defendant does not have sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph, and on that basis, they are denied.

5.      Answering Paragraph 5, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

6.      Answering Paragraph 6, the allegations in this paragraph are vague, ambiguous and over broad.   Accordingly, Defendant does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, they are denied.

## FACTUAL ALLEGATIONS

7.      Answering Paragraph 7, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph.

8.      Answering Paragraph 8, Defendant denies the allegations of this paragraph.

9.      Answering Paragraph 9, Defendant denies the allegations of this paragraph.

10.      Answering Paragraph 10, Defendant denies the allegations of this paragraph.

11.      Answering Paragraph 11, Defendant denies the conduct attributed to him in this paragraph.  The remainder of the allegations of this paragraph are vague, ambiguous and overbroad.  Accordingly, Defendant does not have sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph, and on that basis, they are denied.

12.       Answering Paragraph 12, Defendant denies the allegations of this paragraph.

13.      Answering Paragraph 13, Defendant denies the allegations of this paragraph.

14.      Answering Paragraph 14, Defendant denies the allegations of this paragraph.

15.      Answering Paragraph 15, Defendant denies the allegations of this paragraph.

16.      Answering Paragraph 16, Defendant denies the allegations of this paragraph.

17.      Answering Paragraph 17, Defendant denies the allegations of this paragraph.

18.      Answering Paragraph 18, Defendant admits having Plaintiff in his vehicle and taking her from one area of downtown to another area of downtown. The remainder of the allegations of this paragraph are vague, ambiguous and overbroad.  Accordingly, Defendant does not have sufficient knowledge or

information to form a belief as to the truth of the remainder of the allegations contained in said paragraph, and on that basis, they are denied.

19.    Answering Paragraph 19, Defendant denies the allegations of this paragraph.

20.    Answering Paragraph 20, Defendant denies the allegations of this paragraph.

21.    Answering Paragraph 21, Defendant denies the allegations of this paragraph.

22.    Answering Paragraph 22, Defendant denies the allegations of this paragraph.

23.    Answering Paragraph 23, Defendant denies the allegations of this paragraph.

24.    Answering Paragraph 24, Defendant admits that Plaintiff got out of his vehicle.  Defendant denies the remainder of the allegations and the inferences contained in this paragraph.

25.    Answering Paragraph 25, Defendant admits that he knew the conduct set forth in this paragraph was unlawful and denies that he did any of the actions set forth in this paragraph.

26.    Answering Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

27.    Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

28.    Answering Paragraph 28, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

///

29.     Answering Paragraph 29, Defendant admits that while working at Men's Central Jail, he escorted Plaintiff from one area of the jail to another as part of his duties.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph and on that basis, the remainder of the allegations are denied.

30.     Answering Paragraph 30, Defendant denies the allegations of this paragraph.

31.     Answering Paragraph 31, Defendant denies the allegations of this paragraph.

32.     Answering Paragraph 32, Defendant denies the allegations of this paragraph.

33.     Answering Paragraph 33, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

34.     Answering Paragraph 34, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

35.     Answering Paragraph 35, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

36.     Answering Paragraph 36, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

37.     Answering Paragraph 37, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

///

///

38.     Answering Paragraph 38, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

39.     Answering Paragraph 39, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

40.     Answering Paragraph 40, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

41.     Answering Paragraph 41, Defendant denies the allegations attributed to him in this paragraph.  As to the remainder of the allegations, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in the remainder of said paragraph and on that basis, they are denied.

42.     Answering Paragraph 42, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

43.     Answering Paragraph 43, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

44.     Answering Paragraph 44, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

45.     Answering Paragraph 45, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

///

///

46.     Answering Paragraph 46, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

47.     Answering Paragraph 47, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

48.     Answering Paragraph 48, Defendant denies the conduct attributed to him in this paragraph.  As to the remainder of the allegations, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

49.     Answering Paragraph 49, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

50.     Answering Paragraph 50, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

51.     Answering Paragraph 51, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

52.     Answering Paragraph 52, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

53.     Answering Paragraph 53, Defendant denies the conduct attributed to him in this paragraph.  As to the remainder of the allegations, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph and on that basis, they are denied.

///

54.     Answering Paragraph 54, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

55.     Answering Paragraph 55, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

56.     Answering Paragraph 56, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

57.     Answering Paragraph 57, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

58.     Answering Paragraph 58, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

59.     Answering Paragraph 59, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

60.     Answering Paragraph 60, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

61.     Answering Paragraph 61, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

62.     Answering Paragraph 62, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

///

63.     Answering Paragraph 63, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

64.     Answering Paragraph 64, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

65.     Answering Paragraph 65, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

66.     Answering Paragraph 66, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

67.     Answering Paragraph 67, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

68.     Answering Paragraph 68, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

69.     Answering Paragraph 69, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

## CAUSES OF ACTION

## FIRST CLAIM FOR RELIEF

### Sexual Battery in Violation of Cal. Code §1708.5 Against Cerritos

70.     Answering Paragraph 70, Defendant acknowledges that Plaintiff is re-pleading all prior paragraphs and Defendant answers and responds to said allegations as previously set forth above.

///

71.     Answering Paragraph 71, this paragraph purports to be a statement of the law and therefore requires neither an admission nor a denial.

72.     Answering Paragraph 72, this paragraph purports to be a statement of the law and therefore requires neither an admission nor a denial.

73.     Answering Paragraph 73, Defendant agrees that these are Plaintiff's allegations.  Defendant denies each, every and all of the conduct alleged against him in this paragraph.

74.     Answering Paragraph 74, Defendant denies that he was a cause of any injury or damage to Plaintiff.  As to the remainder of the allegations, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph and on that basis, they are denied.

75.     Answering Paragraph 75, Defendant denies that he was a cause of any injury or damage to Plaintiff.  As to the remainder of the allegations, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph and on that basis, they are denied.

76.     Answering Paragraph 76, Defendant denies that he was a cause of any injury or damage to Plaintiff.  Defendant further denies that any of his conduct was in conscious disregard to Plaintiff's rights or feelings or entitles Plaintiff to an award of punitive damages.

77.     Answering Paragraph 77, Defendant denies that he was a cause of any injury or damage to Plaintiff and denies that any of his conduct entitles Plaintiff to an award of punitive damages.

## SECOND CLAIM FOR RELIEF

### LIABILITY OF ALL DEFENDANTS UNDER 42 USC §1983

### (RETALIATION IN VIOLATION OF THE FIRST AMENDMENT)

78.     Answering Paragraph 78, Defendant acknowledges that Plaintiff is

re-pleading all prior paragraphs and Defendant answers and responds to said allegations as previously set forth above.

79.     Answering paragraph 79, Defendant denies the conduct attributed to him in this paragraph.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph and on that basis, the remainder of the allegations are denied.

80.     Answering paragraph 80, Defendant denies the conduct attributed to him in this paragraph.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph and on that basis, the remainder of the allegations are denied.

81.     Answering Paragraph 81, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

82.     Answering Paragraph 82, Defendant denies any conduct which may be attributed to him in this paragraph.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

83.     Answering Paragraph 82, Defendant denies any conduct which may be attributed to him in this paragraph.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

84.     Answering Paragraph 84, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

85.     Answering Paragraph 85, Defendant denies any conduct which may be attributed to him in this paragraph.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

86.     Answering Paragraph 86, the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

87.     Answering Paragraph 87, the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

88.     Answering Paragraph 88, Defendant denies any conduct which may be attributed to him in this paragraph.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

89.     Answering Paragraph 89, Defendant denies any conduct which may be attributed to him in this paragraph.  Defendant denies that he was a cause of injury or damage to Plaintiff.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

90.     Answering Paragraph 90, Defendant denies that he was a cause of injury or damage to Plaintiff and denies that Plaintiff is entitled to an award of any damages, including punitive damages, as a result of any of his conduct. The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly,

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

91.    Answering Paragraph 91, Defendant denies that he was a cause of injury or damage to Plaintiff and denies that Plaintiff is entitled to an award of any damages, including attorney's fees or costs or expenses, as a result of any of his conduct. The remainder of the paragraph is vague, ambiguous and over broad. Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

## THIRD CLAIM FOR RELIEF
## LIABILITY OF DEFENDANT CERRITOS UNDER 42 USC §1983
## (FALSE ARREST IN VIOLATION OF THE FOURTH AMENDMENT)

92.    Answering Paragraph 92, Defendant acknowledges that Plaintiff is re-pleading all prior paragraphs and Defendant answers and responds to said allegations as previously set forth above.

93.    Answering Paragraph 93, Defendant denies the conduct attributed to him in this paragraph.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

94.    Answering paragraph 94, Defendant denies the conduct attributed to him in this paragraph.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph and on that basis, the remainder of the allegations are denied.

95.    Answering Paragraph 95, Defendant denies the allegations of this paragraph.

96.     Answering Paragraph 96, Defendant denies the allegations of this paragraph.

97.     Answering Paragraph 97, Defendant denies the allegations of this paragraph.

98.     Answering Paragraph 98, Defendant admits having Plaintiff in his vehicle and taking her from one area of downtown to another area of downtown. The remainder of the allegations of this paragraph are vague, ambiguous and overbroad.  Accordingly, Defendant does not have sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph, and on that basis they are denied.

99.     Answering Paragraph 99, Defendant denies the allegations of this paragraph.

100.    Answering Paragraph 100, Defendant denies the allegations of this paragraph.

101.    Answering Paragraph 101, Defendant denies the allegations of this paragraph.

102.    Answering Paragraph 102, Defendant denies the allegations of this paragraph.

103.    Answering Paragraph 103, Defendant denies the allegations of this paragraph.

104.    Answering Paragraph 104, Defendant admits that Plaintiff got out of his vehicle.  Defendant denies the remainder of the allegations of this paragraph.

105.    Answering Paragraph 105, Defendant denies the allegations of this paragraph.

106.    Answering Paragraph 106, the allegation is vague, ambiguous and unintelligible.  Accordingly, Defendant does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, they are denied.

107.   Answering Paragraph 107, Defendant admits the allegation in this paragraph.

108.   Answering Paragraph 108, Defendant denies the allegations of this paragraph.

109.   Answering Paragraph 109, Defendant denies the allegation to the extent it is alleged as to his conduct.  Defendant denies that he arrested Plaintiff. The remainder of the allegation is vague, ambiguous and unintelligible. Accordingly, Defendant does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in the remainder of said paragraph, and on that basis, they are denied.

110.    Answering Paragraph 110, Defendant denies the allegations of this paragraph and denies that he was a cause of any injury or damage to Plaintiff.

111.   Answering Paragraph 111, Defendant denies the allegations of this paragraph and denies that he was a cause of any injury or damage to Plaintiff.

112.    Answering Paragraph 112, Defendant denies the allegations of this paragraph and denies that he was a cause of injury or damage to Plaintiff and that Plaintiff is entitled to an award of any damages, including punitive damages, as a result of any of his conduct.

113.   Answering Paragraph 113, Defendant denies the allegations of this paragraph and denies that he was a cause of injury or damage to Plaintiff and that Plaintiff is entitled to an award of any damages, including attorney's fees or costs and expenses, as a result of any of his conduct.

**FOURTH CLAIM FOR RELIEF**
**LIABILITY OF ALL DEFENDANTS UNDER 42 USC §1983**
**(CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE**
**EIGHTH AMENDMENT)**

114.   Answering Paragraph 114, Defendant acknowledges that Plaintiff is re-pleading all prior paragraphs and Defendant answers and responds to said

allegations as previously set forth above.

115.   Answering paragraph 115, Defendant denies the conduct attributed to him in this paragraph.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph and on that basis, the remainder of the allegations are denied.

116.   Answering Paragraph 116, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, the allegations are denied.

117.   Answering paragraph 117, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, the allegations are denied.

118.   Answering Paragraph 118, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, the allegations are denied.

119.   Answering Paragraph 119, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, the allegations are denied.

120.   Answering Paragraph 120, Defendant admits that he became aware that Plaintiff was a transgender female. The remainder of the paragraph is vague, ambiguous and over broad. Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said paragraph and on that basis, the remainder of the allegations are denied.

121.   Answering paragraph 121, Defendant denies the conduct attributed to him in this paragraph.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remainder of the allegations contained in said

paragraph and on that basis, the remainder of the allegations are denied.

122.   Answering Paragraph 122, Defendant denies any conduct which may be attributed to him in this paragraph.  Defendant denies that he was a cause of injury or damage to Plaintiff.  The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

123.   Answering Paragraph 123, Defendant denies that he was a cause of injury or damage to Plaintiff and that Plaintiff is entitled to an award of any damages, including punitive damages, as a result of any of his conduct. The remainder of the paragraph is vague, ambiguous and over broad.  Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

124.   Answering Paragraph 124, Defendant denies that he was a cause of injury or damage to Plaintiff and that Plaintiff is entitled to an award of any damages, including attorney's fees or costs or expenses, as a result of any of his conduct. The remainder of the paragraph is vague, ambiguous and over broad. Accordingly, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis, they are denied.

## **PRAYER FOR RELIEF**

Defendant denies that Plaintiff is entitled to any damages, including punitive damages against him, as a result of any act or omission on the part of this Defendant.

## **AFFIRMATIVE DEFENSES**
## **FIRST AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense, Defendant alleges that

Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's Complaint fails to state a claim under 42 U.S.C. § 1983 for Fourth, Eighth and/or Fourteenth Amendment violations upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that Plaintiff consented to the act or omissions complained of in Plaintiff's Complaint.

### FOURTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's Complaint fails to state a claim for violation of *Civil Code* § 1708.5, upon which relief can be granted against Defendant.

### FIFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Plaintiff's claims against Defendant are barred as Defendant has qualified immunity from the allegations set forth in plaintiff's Complaint.

### SIXTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Plaintiff's claims against Defendant are barred as Defendant is immune from the allegations set forth in Plaintiff's Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that the claim of Plaintiff is barred pursuant to the equitable doctrines of unclean hands, waiver and assumption of the risk.

### EIGHTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that the Complaint, and each claim contained therein, is barred on the ground that this

answering Defendant was not the cause in fact of any alleged damage, injury, or loss to Plaintiff, if any.

### NINTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that the Complaint, and each claim contained therein, is barred on the ground that this answering Defendant was not a substantial cause of any alleged damage, injury, or loss to Plaintiff, if any.

### TENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's Complaint, and each and every claim contained therein, and/or any amendments thereto, is barred by the applicable statute of limitations and/or California *Code of Civil Procedure* § 335.1 and 342.

### ELEVENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's Complaint, and each claim contained therein, is barred pursuant to the equitable doctrine of laches.

### TWELFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that Plaintiff is estopped by her own acts or omissions from recovery against this answering Defendant for the claims asserted in the Complaint.

### THIRTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that the Complaint, and each claim contained therein, is barred pursuant to the equitable doctrine of waiver.

### FOURTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that Plaintiff did not exercise ordinary care, caution, prudence, and good faith in connection with the events that are alleged in the Complaint; Plaintiff's lack of

care, caution, prudence, and good faith was independent and unrelated to the actions or omissions, if any, of Defendant. Therefore, Plaintiff is barred from recovery against Defendant, or, alternatively, Plaintiff's recovery, if any, should be proportionately reduced.

## FIFTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's alleged damages, if any, contained in the Complaint, were caused by persons and/or entities other than this answering Defendant, who failed to exercise ordinary care, caution or prudence and were negligent or acted wrongfully in their dealing with Plaintiff, and that at all times, said persons or entities were acting without consent, authorization, knowledge and/or ratification of this answering Defendant. Accordingly, any recovery against this answering Defendant by Plaintiff, if any, must be precluded and/or reduced in a proportionate amount to the fault on the part of such other persons and/or entities.

## SIXTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that Plaintiff's Complaint fails to state a claim for False Arrest, upon which relief can be granted against Defendant.

## SEVENTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that the claim of Plaintiff is barred pursuant to the equitable doctrine of consent.

## EIGHTEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that the Plaintiff's claims are barred by the failure of plaintiff to commence the action within the time required by California *Government Code* §§ 945.6 and 950.2.

## NINETEENTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, defendant alleges that he is not liable for the execution or enforcement of the law by public officers or

employees exercising due care.

## TWENTIETH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, the Complaint fails to state sufficient facts to entitle Plaintiff to claim punitive or exemplary damages.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that all the causes of action set forth in Plaintiff's Complaint are barred because Plaintiff failed to take reasonable steps to mitigate her damages.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that the plaintiff's claims are barred by the failure of plaintiff to exhaust all administrative remedies including all remedies pursuant to 42 U.S.C. § 1997.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant alleges that the Plaintiff's claim is barred by the Prisoner's Litigation Reform Act ("PLRA").

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Defendant is not liable for any policymaking decisions, customs, or practices as implemented.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Plaintiff's claims are barred by the doctrines of collateral estoppel and res judicata.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense, Plaintiff has failed to comply with the California Tort Claims Act.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Defendant preserves any immunity rights under *Government Code* §§ 815, et seq., including but not limited to defenses under sections 815.6, 820.2, 820.4, 820.8, 821.6, 844.6, 845, 845.2 and 845.6.

1

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

2      As a separate and distinct affirmative defense, Defendant alleges that the

3  Plaintiff's claims are barred by the failure of Plaintiff to timely comply with the

4  administrative claim provisions of California *Government Code* §§ 911.2 and

5  945.4, and 950.6

6

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

7      Defendant reserves the right to assert other affirmative defenses as they

8  may become known during the course of discovery, and hereby specifically

9  reserves the right to amend his answer to allege said affirmative defenses at such

10  time as they become known.

11      WHEREFORE, answering Defendant prays for judgment as follows:

12      1.      That Plaintiff takes nothing by reason of her Complaint, and that

13  judgment be entered in favor of Defendant on each claim asserted against him;

14      2.      That answering Defendant recovers his costs of suit incurred herein,

15  including reasonable attorneys' fees; and

16      3.      For such other and further relief as the Court deems proper and just.

17

18  Dated: February 23, 2021          SEKI, NISHIMURA & WATASE, LLP

19

20                          By:____*/s/   JANET L. KEUPER*_____

21                              GILBERT M. NISHIMURA
                              JANET L. KEUPER

22                              Attorneys for Defendant
                              JESSE CERRITOS

23

24

25

26

27

28

1

## **REQUEST FOR JURY TRIAL**

2       Defendant JESSE CERRITOS hereby requests a jury trial on all issues

3   triable by jury, as provided by Federal Rule of Civil Procedure, Rule 38(a) and (b).

4

5    Dated: February 23, 2021           SEKI, NISHIMURA & WATASE, LLP

6

7                                    By:___*/s/   JANET L. KEUPER*_____

8                                        GILBERT M. NISHIMURA
                                         JANET L. KEUPER

9                                        Attorneys for Defendant
                                         JESSE CERRITOS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28