Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Neda Mohammadzadeh, State Bar No. 313623
E-Mail: nmzadeh@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, SERGEANT INEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KENNETH EARL MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CERRITOS, DEPUTY SHERIFF, LOS ANGELES COUNTY SHERIFF DEPARTMENT, and INEZ, SERGEANT, LOS ANGELES COUNTY SHERIFF DEPARTMENT,<br><br>    Defendants. | CASE NO. 2:19-cv-08946-DSF(JPRx)<br><br>[Assigned to Judge Dale S. Fischer, Courtroom "7D"]<br><br>**DECLARATION OF DIANE MARTINEZ, ESQ. IN SUPPORT OF DEFENDANTS SERGEANT INDIA INEZ AND DEPUTY JESSE CERRITOS' JOINT MOTION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>**Filed Concurrently With:**<br>1. Defendants' Motion to Dismiss for Failure to Prosecute<br><br>**DATE: July 12, 2021**<br>**TIME: 1:30 9.m.**<br>**DEPT.: "7D"**<br><br>Action Filed: 10/17/19<br>FAC Filed: 01/13/20<br>SAC Filed: 10/26/20<br>TAC Filed: 02/07/21 |

## DECLARATION OF DIANE MARTINEZ, ESQ.

I, Diane Martinez, Esq., declare as follows:

    1.    I am an attorney duly licensed to practice before this Court and am a partner with Hurrell Cantrall LLP, attorneys of record for defendant SERGEANT

INDIA INEZ ("Sergeant Inez") herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2. This declaration is made in support of defendant DEPUTY JESSE CERRITOS ("Deputy Cerritos"), who is represented by Janet Keuper, Esq., and Sergeant Inez's Joint Motion to Dismiss for Failure to Prosecute pursuant to *Federal Rules of Civil Procedure*, Rule 41(b).

3. Pursuant to Local Rule 7-3, on April 30, 2021, my office sent a meet and confer letter, via mail and e-mail, to Plaintiff's counsel, Keith Altman, Esq., regarding Defendants' Joint Motion to Dismiss for Failure to Prosecute. Attached hereto as **Exhibit "A"** is a true and correct copy of Defendants' meet and confer correspondence and the e-mail.

4. As set forth in the meet and confer letter, I requested that Mr. Altman advise of his availability on or before May 7, 2021 in order to discuss the issues outlined in the letter.

5. On May 6, 2021, Neda Mohammadzadeh from my office sent a follow-up email to Mr. Altman regarding Defendants' meet and confer correspondence. Attached hereto as **Exhibit "B"** is a true and correct copy of said email communication.

6. To date, Mr. Altman has not responded to Defendants' meet and confer correspondence or follow-up e-mail regarding same.

7. On December 2, 2020, I sent an e-mail to all counsel advising of the deadline to conduct the Rule 26 Conference of Counsel and my availability. I also requested that they each provide their availability in order to schedule a time to conduct the Rule 26 Conference of Counsel. After a series of e-mail exchanges, the parties agreed to hold the Rule 26 Conference of Counsel on December 16, 2020 at 12:00 p.m. via phone. Attached hereto as **Exhibit "C"** is a true and correct copy of these e-mail exchanges.

8. On December 16, 2020, the parties appeared via telephone for the Rule

26 Conference of Counsel.

9. As discussed and agreed to during the Rule 26 Conference of Counsel, the parties were to serve their respective initial disclosures no later than December 30, 2020.

10. On December 29, 2020, my office served its initial disclosures on behalf of Sergeant Inez via mail and e-mail. Attached hereto as **Exhibit "D"** is a true and correct copy of the e-mail sent to all counsel with Sergeant Inez's initial disclosures included as an attachment.

11. On December 29, 2020, I circulated a draft version of the Rule 26 Joint Report along with the Court's Schedule of Pretrial and Trial Dates ("Exhibit A") to all counsel via e-mail. Attached hereto as **Exhibit "E"** is a true and correct copy of the e-mail sent to all counsel with the draft Rule 26 Joint Report included as an attachment.

12. On December 30, 2020, Ms. Keuper circulated her revisions and changes to the Rule 26 Joint Report via e-mail. See attached **Exhibit "E."**

13. After requesting additional time due to his busy schedule, Mr. Altman circulated his changes and revision to the Rule 26 Joint report on January 4, 2021, and thereafter filed the Joint report with the Court. Attached hereto as **Exhibit "F"** is a true and correct copy of and the e-mails sent by Mr. Altman regarding his portions of the Rule 26 Joint Report.

14. On January 14, 2021, Ms. Keuper served her initial disclosures on behalf of Deputy Cerritos. Attached hereto as **Exhibit "G"** is a true and correct copy of the e-mail sent by Ms. Keuper to all counsel with Deputy Cerritos' initial disclosures included as an attachment.

15. On January 15, 2021, after noticing that she did not have Plaintiff's initial disclosures, Ms. Keuper e-mailed Mr. Altman inquiring about its whereabouts. See attached **Exhibit "G."**

16. In response to Ms. Keuper's e-mail, Mr. Altman advised that he needed

-3-

a few extra days, and that he would serve the initial disclosures by Monday (January 18, 2021). See attached **Exhibit "G."**

17. After still not having received Plaintiff's initial disclosures, I e-mailed Plaintiff's counsel on January 19, 2021 requesting an update on the status of Plaintiff's initial disclosures, and requested that he also provide dates in the month of February for Plaintiff's deposition. See attached **Exhibit "G."**

18. After not hearing from Plaintiff's counsel, I sent a follow-up e-mail to Mr. Altman on January 27, 2021 inquiring as to the status of Plaintiff's initial disclosures, and requested that he also provide dates for Plaintiff's deposition. See attached **Exhibit "G."**

19. On February 3, 2021, Mr. Altman responded and advised that he would provide "a response in the next couple of days" and "see about depo dates." See attached **Exhibit "G."**

20. On February 16, 2021, Ms. Keuper e-mailed Mr. Altman and asked about the status of his initial disclosures, but received no response. Attached hereto as **Exhibit "H"** is a true and correct copy of the e-mail sent by Ms. Keuper and the conversation that ensued thereafter.

21. On March 9, 2021, Ms. Keuper e-mailed Mr. Altman again following up on the status of his initial disclosures and requesting dates for Plaintiff's deposition. See attached **Exhibit "H."**

22. Again, after not hearing from Mr. Altman, Ms. Keuper sent a follow-up e-mail to Mr. Altman on March 11, 2021 asking about Plaintiff's initial disclosures and dates for Plaintiff's deposition. See attached **Exhibit "H."**

23. That same day, Mr. Altman finally responded and advised that he was unable to make contact with his client. See attached **Exhibit "H."**

24. On March 19, 2021, my office served Mr. Altman's office, via mail and e-mail, with a Notice of Deposition of Plaintiff's deposition for April 27, 2021. Attached hereto as **Exhibit "I"** is a true and correct copy of the e-mail send to all

counsel with the Notice of Deposition of Plaintiff.

25. Mr. Altman e-mailed that same day and advised that he was still unable to make contact with his client, and confirmed that his client was not in custody. I suggested that the deposition remain on calendar for April 27, 2021 while he attempted to locate his client. Plaintiff's counsel then advised that April 27, 2021 would not work for his schedule due to a conflict. See attached **Exhibit "I."**

26. On March 24, 2021, I responded to Plaintiff's e-mail and requested that he provide alternative dates that worked with his schedule in order to re-notice Plaintiff's deposition. I also asked Mr. Altman if he was able to locate his client. See attached **Exhibit "I."**

27. After not receiving a response to my e-mail from Mr. Altman, Ms. Keuper sent a follow-up e-mail on April 14, 2021. See attached **Exhibit "I."**

28. That same day, Mr. Altman finally responded advising that he was still unable to make contact with his client. See attached **Exhibit "I."**

29. To date, Mr. Altman has not (1) served his initial disclosures; (2) advised whether he has been able to locate his client; or (3) provided alternative dates for Plaintiff's deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2021, at Los Angeles, California.

                                                  */s/ Diane Martinez*
                                                  Diane Martinez