EXHIBIT "A"

# HURRELL CANTRALL LLP

300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000
FACSIMILE (213) 426-2020

April 30, 2021

Keith L Altman, Esq.                         ***VIA E-MAIL***
THE LAW OFFICE OF KEITH ALTMAN
33228 W 12 Mile Road, Suite 375
Farmington Hills, MI 48334
kaltman@lawampmmt.com

> **Re:**   **Kenneth Earl Moore v. Alex Villanueva, et al.**
> USDC Case No.:   2:19-cv-08946
> Your Client:   Kenneth Earl Moore
> Our File No.:   281-275-2,55,100

Dear Mr. Altman:

Please consider this correspondence defendants Deputy Jesse Cerritos ("Deputy Cerritos") and Sergeant India Inez's ("Sergeant Inez") (collectively "defendants") attempt at initiating good faith meet and confer discussions, pursuant to *Local Rule* 7-3, regarding defendants joint motion to dismiss this action for Plaintiff's failure to prosecute pursuant to *Federal Rules of Civil Procedure*, Rule 41(b), and for Plaintiff's failure to comply with the initial disclosure requirement pursuant to *Federal Rules of Civil Procedure*, Rule 26(f). Pursuant to *Local Rule* 7-3, we request that you advise us of your availability as soon as possible so that we may meaningfully discuss the issues outlined below on or before **May 7, 2021.**

First, by way of our intended motion to dismiss for failure to prosecute, defendants will seek dismissal of Plaintiff's lawsuit for failure to comply with the initial disclosure requirements as set forth in the *Federal Rules of Civil Procedure*. On December 16, 2020, the parties attended the Rule 26 Conference. Thereafter, on January 4, 2021, the Joint Rule 26 Report was filed with the Court. As set forth in the report, and agreed to by the parties at the Rule 26 Conference, the parties were to make their respective initial disclosures by December 30, 2020. Our office served its initial disclosures on behalf of Sergeant Inez on December 29, 2020. Counsel for Deputy Cerritos served her initial disclosures on behalf of her client on January 14, 2021. However, despite numerous e-mails and inquiries, Plaintiff has failed to serve the parties with her initial disclosures. Four months later, and Plaintiff has still failed to serve the parties with her initial disclosures thereby failing to adhere to *Federal Rules of Civil Procedure*, Rule 26(f). As such, the defendants will seek dismissal of Plaintiff's lawsuit for her failure to comply with the *Federal Rules of Civil Procedure*.

# HURRELL CANTRALL LLP

Keith L Altman, Esq.
Re:  Kenneth Earl Moore v. Alex Villanueva, et al.
Page 2

Second, by way of our intended motion to dismiss, defendants will seek dismissal of Plaintiff's lawsuit to prosecute, namely, for failing to produce your client for deposition due to the fact that you are unable to locate her.

*Federal Rules of Civil Procedure*, Rule 41(b), provides that a defendant may move for dismissal of the action or of any claim against the defendant "for failure of the plaintiff to prosecute" the action or to comply with these rules or any order of the court. FRCP 41(b); *see also Hearns v. San Bernardino Police Dept.*, 530 F.3d 1124, 1129 (9th Cir. 1993). In essence, Rule 41(b) specifically provides that the failure of the plaintiff to prosecute his claim is grounds for involuntary dismissal of the action. *Anderson v. Air West, Inc.*, 542 F.2d 522, 525 (9th Cir. 1976). The Ninth Circuit has consistently held that the failure to prosecute diligently is sufficient by itself to justify a dismissal, even in the absence of a showing of actual prejudice to the defendant from the failure. *Id.; see also Morris v. Morgan Stanley & Co.*, 942 F.2d 648, 651 (9th Cir. 1991).

Before dismissing an action **with prejudice**, a court must weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *Dahl v. City of Huntington Beach*, 84 F.3d 363, 366 (9th Cir. 1996). The length of time the case has been pending is an important factor, and where the case is "young," stronger grounds for dismissal must be shown. *Laurino v. Syringa General Hospital*, 279 F.3d 750, 753 (9th Cir. 2002). Also, the length of delay is a crucial consideration in ruling on a motion to dismiss, and the court may consider the entire procedural history of the case, including any delays attributable to the nonmoving party. *Link v. Wabash R.R. Co.* (1962) 370 U.S. 626, 635.

Our office has repeatedly inquired as to the whereabouts of your client, to which you have indicated that you are unable to make contact with her. In fact, our office noticed her deposition and had to take it off calendar in light of the fact that you were unable to make contact with your client to notify her of her deposition. As evidenced by the various e-mail exchanges between all counsel, we sought to notice Plaintiff's deposition back in January 19, 2021, and you have not been able to make contact with your client to coordinate a date for her deposition. Most importantly, we informed the Court that we anticipated completing Plaintiff's deposition by March 2021. (See Dkt. 44, pg. 8 of 11.)

In light of your client's absence, defendants will move to dismiss Plaintiff's lawsuit with prejudice as defendants believe that this will be a recurring issue given that Plaintiff is a homeless transient with admitted substance abuse issues. With each passing day, defendants are further prejudiced by the delay that can be attributed to no one else but your client.

# HURRELL CANTRALL LLP

Keith L Altman, Esq.
Re:  Kenneth Earl Moore v. Alex Villanueva, et al.
Page 3


We request that you advise us of your availability to meet and confer on the above issues on or before **May 7, 2021**.  In addition, to the extent you disagree with the above, please kindly provide case law and authority in support of your position in order for us to evaluate in preparation for a meaningful meet and confer.

Thank you for your prompt attention to this matter.  Please feel free to contact the undersigned at any time.

Very truly yours,

HURRELL CANTRALL LLP

/s/ *Diane Martinez*

DIANE MARTINEZ

Cc:      *Via Email Only*
         Janet L. Keuper, Esq.
         SEKI, NISHIMURA & WATASE LLP
         jkeuper@snw-law.com

## Neda Mohammadzadeh

| | |
|---|---|
| **From:** | Leslie Franco |
| **Sent:** | Friday, April 30, 2021 4:10 PM |
| **To:** | kaltman@lawampmmt.com |
| **Cc:** | jkeuper@snw-law.com; Thomas Hurrell; Diane Martinez, Esq.; Neda Mohammadzadeh, Esq.; Maricela Gomez; Yvonne Sandoval |
| **Subject:** | Kenneth Earl Moore v. Alex Villanueva, et al. [Case No.: 2:19-cv-08946] |
| **Attachments:** | 2021-0430 M&C re MTD Fail to Prosecute.pdf |

Counsel,

Attached please find correspondence on the *Moore* case.

Thank you,

**Leslie Franco**
Legal Secretary
Hurrell Cantrall LLP
One California Plaza
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Tel: (213) 426-2000
Fax: (213) 426-2020
lfranco@hurrellcantrall.com

IMPORTANT NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. This communication may contain material protected by attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 213.426.2000 or by reply email to the sender and destroy the original transmission and its contents.

# EXHIBIT "B"

## Neda Mohammadzadeh

| | |
|---|---|
| **From:** | Neda Mohammadzadeh, Esq. |
| **Sent:** | Thursday, May 6, 2021 11:53 AM |
| **To:** | kaltman@lawampmmt.com |
| **Cc:** | jkeuper@snw-law.com; Thomas Hurrell; Diane Martinez, Esq.; Maricela Gomez; Yesenia Martinez; Jennifer Koyanagi |
| **Subject:** | RE: Kenneth Earl Moore v. Alex Villanueva, et al. [Case No.: 2:19-cv-08946] |

Good morning, Keith

I hope all is well. On Friday April 30, 2021, my office sent you a meet and confer letter as it relates to defendants' intended motion to dismiss for failure to prosecute. We haven't heard from you, and we would like to discuss the issues outlined in our letter in an effort to avoid filing a motion. Kindly let us know when you are available to discuss by end of day today. Thank you so much, and I look forward to hearing from you.

**From:** Leslie Franco <lfranco@hurrellcantrall.com>
**Sent:** Friday, April 30, 2021 4:10 PM
**To:** kaltman@lawampmmt.com
**Cc:** jkeuper@snw-law.com; Thomas Hurrell <THurrell@hurrellcantrall.com>; Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>; Maricela Gomez <mgomez@hurrellcantrall.com>; Yvonne Sandoval <YSandoval@hurrellcantrall.com>
**Subject:** Kenneth Earl Moore v. Alex Villanueva, et al. [Case No.: 2:19-cv-08946]

Counsel,

Attached please find correspondence on the *Moore* case.

Thank you,

**Leslie Franco**
Legal Secretary
Hurrell Cantrall LLP
One California Plaza
300 South Grand Avenue, Suite 1300
Los Angeles, California  90071
Tel: (213) 426-2000
Fax: (213) 426-2020
lfranco@hurrellcantrall.com

IMPORTANT NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed.  This communication may contain material protected by attorney-client privilege.  If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited.  If you have received this email in error, please immediately notify us by telephone at 213.426.2000 or by reply email to the sender and destroy the original transmission and its contents.

# EXHIBIT "C"

## Neda Mohammadzadeh

| | |
|---|---|
| **From:** | Janet Keuper <jkeuper@snw-law.com> |
| **Sent:** | Friday, December 11, 2020 2:04 PM |
| **To:** | Diane Martinez, Esq.; Keith Altman |
| **Cc:** | Neda Mohammadzadeh, Esq.; Maricela Gomez |
| **Subject:** | RE: EXT: RE: Moore - Rule 26 Conference |

Thanks Diane.  Hope you have a great weekend too!

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Friday, December 11, 2020 1:01 PM
**To:** Janet Keuper <jkeuper@snw-law.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>; Maricela Gomez <mgomez@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Conference

Here is the call in information for the Rule 26 Conference set for **Wednesday, December 16 at noon (PST)**.

**Toll-Free:  888-431-3632**
**Access Code:  2663360**

Have a nice weekend!

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Wednesday, December 2, 2020 3:13 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>; Maricela Gomez <mgomez@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Conference

That date and time are good for me.

Thanks

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Wednesday, December 2, 2020 3:11 PM
**To:** Keith Altman <kaltman@lawampmmt.com>; Janet Keuper <jkeuper@snw-law.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>; Maricela Gomez <mgomez@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Conference

Ok, how about a meeting on **Wednesday, December 16 at noon (PST)**?

If this date and time works for everyone, I will circulate the call-in information.

Thanks!

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Wednesday, December 2, 2020 12:22 PM
**To:** 'Janet Keuper' <jkeuper@snw-law.com>; Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>; Maricela Gomez <mgomez@hurrellcantrall.com>
**Subject:** EXT: RE: Moore - Rule 26 Conference

I can be pretty flexible as well.

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Wednesday, December 2, 2020 3:08 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>; Maricela Gomez <mgomez@hurrellcantrall.com>
**Subject:** RE: Moore - Rule 26 Conference

Thanks Diane – my availability is the same.  I also have a conflict on the morning of the 17th, but otherwise can make myself available during that week…

Thanks for reaching out… ~

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Wednesday, December 2, 2020 12:01 PM
**To:** Keith Altman <kaltman@lawampmmt.com>; Janet Keuper <jkeuper@snw-law.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>; Maricela Gomez <mgomez@hurrellcantrall.com>
**Subject:** Moore - Rule 26 Conference

Dear Counsel,

Hope you both had a nice holiday weekend.

Pursuant to the attached Court's Order, our last day to hold our Rule 26 meeting is December 21st.

I am available the entire week of December 14 through 18 (except for the morning of Dec. 17th).  Let me know if any of these dates work for you so we can get a date on calendar.

Thank you!

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

# EXHIBIT "D"

## Neda Mohammadzadeh

| | |
|---|---|
| **From:** | Maricela Gomez |
| **Sent:** | Tuesday, December 29, 2020 9:50 AM |
| **To:** | kaltman@lawampmmt.com; Janet Keuper |
| **Cc:** | Thomas Hurrell, Esq.; Diane Martinez, Esq.; Neda Mohammadzadeh, Esq. |
| **Subject:** | Kenneth Earl Moore v. Jesse Cerritos, et al. - Case No. 2:19-cv-08946 |
| **Attachments:** | 2020.1229 Deft Inez Initial Disc.pdf |

Hello Mr. Altman and Ms. Keuper,

Attached find Defendant Sergeant India Inez's Initial Disclosures Pursuant to Federal Rules of Civil
Procedure, Rule 26.

Hard copy has also been mailed.

Thank you.

Maricela Gomez
Legal Secretary
**Hurrell Cantrall LLP**
One California Plaza
300 South Grand Avenue, Suite 1300
Los Angeles, California  90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
mgomez@hurrellcantrall.com

IMPORTANT NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of
the individual or entity to whom it is addressed.  This communication may contain material protected by attorney-client
privilege.  If you are not the intended recipient or the person responsible for delivering the email to the intended recipient,
be advised that you have received this email in error and that any use dissemination, forwarding, printing, or copying of
this email and any file attachments is strictly prohibited.  If you have received this email in error, please immediately notify
us by telephone at 213.426.2000 or by reply email to the sender and destroy the original transmission and its contents.

# EXHIBIT "E"

**Neda Mohammadzadeh**

| | |
|---|---|
| **From:** | Diane Martinez, Esq. |
| **Sent:** | Wednesday, December 30, 2020 2:23 PM |
| **To:** | Keith Altman; 'Janet Keuper' |
| **Cc:** | Neda Mohammadzadeh, Esq. |
| **Subject:** | RE: EXT: RE: Moore - Rule 26 Report |

Hi Keith,

Thanks for the response.  The report is due on Monday (Jan. 4th), so if you can email us your portion by Monday morning, that'll be great.  That way we all have a chance to quickly review the final draft before you file the report.

Have a happy new year as well, and stay safe.

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Wednesday, December 30, 2020 2:14 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; 'Janet Keuper' <jkeuper@snw-law.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Report

I am totally jammed up and probably will not be able to get this to you before the weekend.

Have a happy new year.

Keith

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Wednesday, December 30, 2020 5:01 PM
**To:** Janet Keuper <jkeuper@snw-law.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Report

Wonderful, thanks Janet.

As soon as I get Keith's edits, then I'll circulate a final draft to all.  According to the Court's Order (dkt. 40), the report must be filed by plaintiff.  So once all parties confirm it's good to go, then Keith can file the report on Monday.

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Wednesday, December 30, 2020 1:45 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** EXT: RE: Moore - Rule 26 Report

Counsel – attached are my revisions/changes to the Joint Rule 26(f) Report.  Would like to have another look at it before it is filed….

Thanks much for putting this together, Diane!

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Tuesday, December 29, 2020 3:23 PM
**To:** Keith Altman <kaltman@lawampmmt.com>; Janet Keuper <jkeuper@snw-law.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: Moore - Rule 26 Report
**Importance:** High

Dear Counsel,

Attached is the working copy of the Joint Rule 26 Report and Exhibit A (Schedule of Pretrial and Trial Dates).

I left all the items in yellow which are specifically for plaintiff and Deputy Cerritos.  Please let me know if you have any revisions for the information that is being presented jointly, and if so, you can call me to discuss or redline the items and re-circulate a copy of the report.

As for the Schedule of Pretrial and Trial Dates, I calculated all dates based on the numbers of weeks listed by the Court and our agreed upon proposed trial date of 4/5/22.  For the discovery deadlines, I listed some proposed dates, which we can revise if you have any other dates in mind.

As a friendly reminder, the Joint Report is due for filing on **January 4, 2021.**

Thanks!

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Diane Martinez, Esq.
**Sent:** Tuesday, December 29, 2020 10:56 AM
**To:** Keith Altman <kaltman@lawampmmt.com>; Janet Keuper <jkeuper@snw-law.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** Moore - Rule 26 Report

Dear Counsel,

Just wanted to give you a quick update on the Joint Rule 26 Report.  We are almost done putting it together, and will send it over to you today to include your portion and/or any edits.

Thanks!

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

EXHIBIT "F"

**Neda Mohammadzadeh**

| | |
|---|---|
| **From:** | Janet Keuper <jkeuper@snw-law.com> |
| **Sent:** | Monday, January 4, 2021 12:17 PM |
| **To:** | Diane Martinez, Esq.; Keith Altman |
| **Cc:** | Neda Mohammadzadeh, Esq. |
| **Subject:** | RE: EXT: RE: Moore - Rule 26 Report |

It looks good to me.  You have my authority to affix my e-signature and file...

Thanks

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Monday, January 4, 2021 11:13 AM
**To:** Janet Keuper <jkeuper@snw-law.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Report

Attached is the nearly final version for filing, pending approval from you both and e-signatures.

I did not make any substantive changes.  I removed all the highlighted and cross-out text from our prior highlighted edits, added my electronic signature, corrected the spelling for "Sheriff" (pg. 8:14), and added hashmarks to the last page so that there is text on the same page as our signatures.  For the attached Exhibit A, I inserted the dates that were previously blank for the plaintiff's proposed, and inserted the same dates as those proposed by defendants.

Keith – on my end, it's good to go.

Thanks,

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Monday, January 4, 2021 10:58 AM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Report

That would be great, Diane.  Thanks

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Monday, January 4, 2021 10:52 AM
**To:** Keith Altman <kaltman@lawampmmt.com>; Janet Keuper <jkeuper@snw-law.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Report

1

I'll get started.  Janet, I can remove the highlights from your section too now that we have all reviewed.

Will send back the final version in just a few minutes.

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Monday, January 4, 2021 10:45 AM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; 'Janet Keuper' <jkeuper@snw-law.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Report

Here are my revisions.  I think each of you should remove the highlighting associated with your sections.  I don't know who wants to go first and add their /s to the document.  I will file later.

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Wednesday, December 30, 2020 6:33 PM
**To:** Keith Altman <kaltman@lawampmmt.com>; 'Janet Keuper' <jkeuper@snw-law.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Report

I made one minor revision on our portion, under the Insurance heading.  It's highlighted in blue.

Keith – Please use this copy when inserting plaintiff's portion.

Thanks!

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Wednesday, December 30, 2020 2:14 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; 'Janet Keuper' <jkeuper@snw-law.com>

**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Report

I am totally jammed up and probably will not be able to get this to you before the weekend.

Have a happy new year.

Keith

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Wednesday, December 30, 2020 5:01 PM
**To:** Janet Keuper <jkeuper@snw-law.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Moore - Rule 26 Report

Wonderful, thanks Janet.

As soon as I get Keith's edits, then I'll circulate a final draft to all.  According to the Court's Order (dkt. 40), the report must be filed by plaintiff.  So once all parties confirm it's good to go, then Keith can file the report on Monday.

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Wednesday, December 30, 2020 1:45 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** EXT: RE: Moore - Rule 26 Report

Counsel – attached are my revisions/changes to the Joint Rule 26(f) Report.  Would like to have another look at it before it is filed….

Thanks much for putting this together, Diane!

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Tuesday, December 29, 2020 3:23 PM
**To:** Keith Altman <kaltman@lawampmmt.com>; Janet Keuper <jkeuper@snw-law.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: Moore - Rule 26 Report
**Importance:** High

# EXHIBIT "G"

**Neda Mohammadzadeh**

| | |
|---|---|
| **From:** | Diane Martinez, Esq. |
| **Sent:** | Wednesday, February 3, 2021 5:18 PM |
| **To:** | Keith Altman |
| **Cc:** | 'Janet Keuper'; Neda Mohammadzadeh, Esq. |
| **Subject:** | RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR) |

Ok, thank you for the update.  Sorry to hear you have been ill.  Hope you feel better.

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Wednesday, February 3, 2021 4:30 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Cc:** 'Janet Keuper' <jkeuper@snw-law.com>; Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)

All,

I am sorry for the delay.  I will get you a response in the next couple of days.  I have been ill.

I will also see about depo dates.

Keith

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Wednesday, January 27, 2021 1:45 PM
**To:** Keith Altman <kaltman@lawampmmt.com>
**Cc:** Janet Keuper <jkeuper@snw-law.com>; Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)

Hello Keith,

Following up once again on plaintiff's initial disclosures, as well as deposition dates for plaintiff.

Thank you,

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com


**From:** Diane Martinez, Esq.
**Sent:** Tuesday, January 19, 2021 2:20 PM
**To:** Keith Altman <kaltman@lawampmmt.com>
**Cc:** Janet Keuper <jkeuper@snw-law.com>; Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)
**Importance:** High

Hi Keith,

Following up on the plaintiff's initial disclosures.

We also want to set up plaintiff's deposition next month.  Can you please provide us with a few February dates?

Thanks!

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com


**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Friday, January 15, 2021 10:17 AM
**To:** 'Janet Keuper' <jkeuper@snw-law.com>
**Cc:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Subject:** EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)

I need a few extra days.  I will try to have to you on Monday.  Sorry for the delay.

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan


**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Friday, January 15, 2021 1:14 PM
**To:** Keith Altman <kaltman@lawampmmt.com>
**Cc:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Subject:** FW: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)

Hi Keith – In sending out my initial disclosures, I realized that I never received disclosures from you.  Did I miss them?  Did you send them out?


**From:** Stephanie Chin <Schin@snw-law.com>
**Sent:** Thursday, January 14, 2021 4:35 PM
**To:** kaltman@lawampmmt.com; Thomas Hurrell, Esq. <THurrell@hurrellcantrall.com>; nmzadeh@hurrellcantrall.com
**Cc:** Janet Keuper <jkeuper@snw-law.com>
**Subject:** Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)

Dear Counsel:

Attached please find Defendant Jesse Cerritos' Initial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(a)(1) in the above matter.

Thankyou.

Best regards,

Stephanie K. Chin
Sr. Litigation Secretary
SEKI, NISHIMURA & WATASE, LLP
600 Wilshire Boulevard, Suite 1250
Los Angeles, CA  90017
(213) 481-2869
(213) 481-2871 (FAX)


CONFIDENTIALITY NOTICE:  The information in this message, and any files transmitted with it, is confidential, may be legally privileged and intended only for the use of the individual(s) named above.  Be aware that the use of any confidential or personal information may be restricted by state and federal laws.  If you are not the intended recipient, do not further disseminate this message.  If this message was received in error, please notify the sender and delete it.

# EXHIBIT "H"

## Neda Mohammadzadeh

| | |
|---|---|
| **From:** | Neda Mohammadzadeh, Esq. |
| **Sent:** | Thursday, March 11, 2021 1:42 PM |
| **To:** | Janet Keuper; Keith Altman; Diane Martinez, Esq. |
| **Subject:** | RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR) |

Hi Keith,

Do you know if your client is still in custody?

**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Thursday, March 11, 2021 11:55 AM
**To:** Keith Altman <kaltman@lawampmmt.com>; Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)

OK.  Thank you for the update.  Appreciated.  Let's touch base by next week and see what information you have then….

Have a good weekend…

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Thursday, March 11, 2021 11:53 AM
**To:** Janet Keuper <jkeuper@snw-law.com>; 'Diane Martinez, Esq.' <DMartinez@hurrellcantrall.com>
**Cc:** 'Neda Mohammadzadeh, Esq.' <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)

In all honesty, I have been unable to reach the client.  I am concerned that something has happened.  As soon as I know more, I will let you know.

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Thursday, March 11, 2021 2:52 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)

Keith – following up on this.  Hope all is well.  Can you give us a status as to what is going on?

**From:** Janet Keuper
**Sent:** Tuesday, March 9, 2021 2:28 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Keith Altman <kaltman@lawampmmt.com>

Cc: Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)


Hello Keith – I never heard from you in response to the below email from nearly a month ago.  Are you going to serve initial disclosures?  And I believe we were looking for dates for your client's deposition.  Can you respond as to those things?


Thanks


**From:** Janet Keuper
**Sent:** Tuesday, February 16, 2021 4:31 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Keith Altman <kaltman@lawampmmt.com>
**Cc:** Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)


Hello Keith – I hope you are feeling better.  Did you serve your initial disclosures?


**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Tuesday, January 19, 2021 2:20 PM
**To:** Keith Altman <kaltman@lawampmmt.com>
**Cc:** Janet Keuper <jkeuper@snw-law.com>; Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)
**Importance:** High


Hi Keith,


Following up on the plaintiff's initial disclosures.


We also want to set up plaintiff's deposition next month.  Can you please provide us with a few February dates?


Thanks!


Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com


**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Friday, January 15, 2021 10:17 AM
**To:** 'Janet Keuper' <jkeuper@snw-law.com>
**Cc:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Subject:** EXT: RE: Kenneth Earl Moore v. Cerritos et al., USDC Case No. 2:19-cv-08946-DSF (JPR)


I need a few extra days.  I will try to have to you on Monday.  Sorry for the delay.


Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com

2

EXHIBIT "I"

**Neda Mohammadzadeh**

| | |
|---|---|
| **From:** | Keith Altman <kaltman@lawampmmt.com> |
| **Sent:** | Wednesday, April 14, 2021 12:31 PM |
| **To:** | 'Janet Keuper'; Diane Martinez, Esq.; Maricela Gomez |
| **Cc:** | Thomas Hurrell; Neda Mohammadzadeh, Esq. |
| **Subject:** | RE: EXT: RE: Kenneth Earl Moore v. Cerritos, et al. [Notice of Deposition] |

All,

I have still not been able to get my client. I am concerned for her safety. I am not sure what to do at this point.

Keith

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Wednesday, April 14, 2021 3:29 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Keith Altman <kaltman@lawampmmt.com>; Maricela Gomez <mgomez@hurrellcantrall.com>
**Cc:** Thomas Hurrell <THurrell@hurrellcantrall.com>; Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos, et al. [Notice of Deposition]

Keith – I don't see that you responded to this. Any update on the status of your client? I still have the depo on calendar for the 27th...did you provide an alternate date? Did you ever serve your initial disclosures?

**From:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>
**Sent:** Wednesday, March 24, 2021 5:10 PM
**To:** Keith Altman <kaltman@lawampmmt.com>; Janet Keuper <jkeuper@snw-law.com>; Maricela Gomez <mgomez@hurrellcantrall.com>
**Cc:** Thomas Hurrell <THurrell@hurrellcantrall.com>; Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos, et al. [Notice of Deposition]

Noted, what days are you available? Have you heard from your client?

Diane Martinez, Esq.
**Hurrell Cantrall LLP**
One California Plaza
300 S. Grand Avenue, Suite 1300
Los Angeles, CA 90071
Tel:  (213) 426-2000
Fax: (213) 426-2020
dmartinez@hurrellcantrall.com

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Friday, March 19, 2021 4:29 PM
**To:** Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>;

'Janet Keuper' <jkeuper@snw-law.com>; Maricela Gomez <mgomez@hurrellcantrall.com>
**Cc:** Thomas Hurrell <THurrell@hurrellcantrall.com>; Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** RE: EXT: RE: Kenneth Earl Moore v. Cerritos, et al. [Notice of Deposition]

The 27th does not work.  8 will be arguing at the 2nd circuit that day.

Sent from Yahoo Mail on Android

On Fri, Mar 19, 2021 at 6:19 PM, Diane Martinez, Esq. <DMartinez@hurrellcantrall.com> wrote:

Keith – Does the April 27th date work for your calendar?  If so, we can keep the deposition on calendar while you attempt to locate your client.   As the date gets closer, we can reschedule if needed.

Let us know as soon as you hear anything.

Thanks,

Diane Martinez, Esq.

**Hurrell Cantrall LLP**

One California Plaza

300 S. Grand Avenue, Suite 1300

Los Angeles, CA 90071

Tel:  (213) 426-2000

Fax: (213) 426-2020

dmartinez@hurrellcantrall.com

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Friday, March 19, 2021 2:47 PM
**To:** 'Janet Keuper' <jkeuper@snw-law.com>; Maricela Gomez <mgomez@hurrellcantrall.com>
**Cc:** Thomas Hurrell <THurrell@hurrellcantrall.com>; Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** EXT: RE: Kenneth Earl Moore v. Cerritos, et al. [Notice of Deposition]

No.  She is not in  custody, that I know of.

2

Keith Altman

The Law Office of Keith Altman

516-456-5885

kaltman@lawampmmt.com

Licensed in California and Michigan


**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Friday, March 19, 2021 5:45 PM
**To:** Keith Altman <kaltman@lawampmmt.com>; 'Maricela Gomez' <mgomez@hurrellcantrall.com>
**Cc:** 'Thomas Hurrell' <THurrell@hurrellcantrall.com>; 'Diane Martinez, Esq.' <DMartinez@hurrellcantrall.com>; 'Neda Mohammadzadeh, Esq.' <nmzadeh@hurrellcantrall.com>
**Subject:** RE: Kenneth Earl Moore v. Cerritos, et al. [Notice of Deposition]


Keith – is she still in custody?


**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Friday, March 19, 2021 2:44 PM
**To:** 'Maricela Gomez' <mgomez@hurrellcantrall.com>; Janet Keuper <jkeuper@snw-law.com>
**Cc:** 'Thomas Hurrell' <THurrell@hurrellcantrall.com>; 'Diane Martinez, Esq.' <DMartinez@hurrellcantrall.com>; 'Neda Mohammadzadeh, Esq.' <nmzadeh@hurrellcantrall.com>
**Subject:** RE: Kenneth Earl Moore v. Cerritos, et al. [Notice of Deposition]


As of yet, I have still not been able to contact the client.  I am concerned about her safety.


Keith Altman

The Law Office of Keith Altman

516-456-5885

kaltman@lawampmmt.com

Licensed in California and Michigan

3

**From:** Maricela Gomez <mgomez@hurrellcantrall.com>
**Sent:** Friday, March 19, 2021 4:55 PM
**To:** kaltman@lawampmmt.com; Janet Keuper <jkeuper@snw-lawcom>
**Cc:** Thomas Hurrell <THurrell@hurrellcantrall.com>; Diane Martinez, Esq. <DMartinez@hurrellcantrall.com>; Neda Mohammadzadeh, Esq. <nmzadeh@hurrellcantrall.com>
**Subject:** Kenneth Earl Moore v. Cerritos, et al. [Notice of Deposition]

Dear Counsel,

Attached please find Defendant Sergeant India Inez's Notice of Taking Deposition of Plaintiff Kenneth Earl Moore.

A hard copy is being mailed as well.

Thank you.

Maricela Gomez

Legal Secretary

**Hurrell Cantrall LLP**

One California Plaza

300 South Grand Avenue, Suite 1300

Los Angeles, California  90071

Tel:  (213) 426-2000

Fax: (213) 426-2020

mgomez@hurrellcantrall.com

IMPORTANT NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed.  This communication may contain material protected by attorney-client privilege.  If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited.  If you have received this email in error, please immediately notify us by telephone at 213.426.2000 or by reply email to the sender and destroy the original transmission and its contents.

1   Thomas C. Hurrell, State Bar No. 119876
    E-Mail: thurrell@hurrellcantrall.com
2   Neda Mohammadzadeh, State Bar No. 313623
    E-Mail: nmzadeh@hurrellcantrall.com
3   HURRELL CANTRALL LLP
    300 South Grand Avenue, Suite 1300
4   Los Angeles, California 90071
    Telephone: (213) 426-2000
5   Facsimile: (213) 426-2020

6   Attorneys for Defendant, SERGEANT INEZ

7

8                 UNITED STATES DISTRICT COURT

9   CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  KENNETH EARL MOORE,                    CASE NO. 2:19-cv-08946-DSF(JPRx)

12              Plaintiff,                  **DEFENDANT SERGEANT INDIA
                                            INEZ'S NOTICE OF TAKING
13       v.                                 DEPOSITION OF PLAINTIFF
                                            KENNETH EARL MOORE**
14  CERRITOS, DEPUTY SHERIFF, LOS
    ANGELES COUNTY SHERIFF                  [Assigned to Judge Dale S. Fischer,
15  DEPARTMENT, and INEZ,                   Courtroom "7D"]
    SERGEANT, LOS ANGELES
16  COUNTY SHERIFF DEPARTMENT,              Date:  April 27, 2021
                                            Time: 10:00 a.m. PST
17              Defendants.                 Location: *Parties to attend via video
                                            conference – link to follow*
18
                                            Action Filed:  10/17/19
19                                          FAC Filed:     01/13/20
                                            SAC Filed:     10/26/20
20                                          TAC Filed:     02/07/21

21

22       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23       PLEASE  TAKE  NOTICE  that  defendant  SERGEANT  INDIA  INEZ

24  ("Defendant Inez") will take the deposition of plaintiff KENNETH EARL MOORE

25  ("Plaintiff") on the following date and hour *via video conference in light of*

26  *COVID-19 – link to follow.*

27       Deponent: **Kenneth Earl Moore**

28       Date: **April 27, 2021**

Time: **10:00 a.m. PST**

PLEASE TAKE FURTHER NOTICE that if the assistance of an interpreter is needed, the party to be deposed is requested to advise the noticing party immediately upon receipt of this document. Otherwise, the noticed deposition shall be conducted in English.

Per to *Federal Rules of Civil Procedure*, Rule 30(b)(3), the deposition may be videotaped and Defendant Inez may use said videotape at trial.

Said deposition will also be taken before a notary public and/or Certified Shorthand Reporter duly authorized to administer an oath, present for said deposition and will continue from day to day, except for Saturdays, Sundays and holidays, until completed.

DATED: March 19, 2021          HURRELL CANTRALL LLP


By:  */s/ Neda Mohammadzadeh*
         THOMAS C. HURRELL
         NEDA MOHAMMADZADEH
         Attorneys for Defendant, SERGEANT
         INEZ

1

<u>**PROOF OF SERVICE**</u>

2   **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3       At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My

4   business address is 300 South Grand Avenue, Suite 1300, Los Angeles, California 90071.

5

      On March 19, 2021, I served true copies of the following document(s)

6   described as **DEFENDANT SERGEANT INDIA INEZ'S NOTICE OF TAKING DEPOSITION OF PLAINTIFF KENNETH EARL MOORE** on the

7   interested parties in this action as follows:

8                     **SEE ATTACHED SERVICE LIST**

9   **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for

10   collection and mailing, following our ordinary business practices. I am readily familiar with Hurrell Cantrall's practice for collecting and processing

11   correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the

12   United States Postal Service, in a sealed envelope with postage fully prepaid.

13   **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mgomez@hurrellcantrall.com to the

14   persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication

15   that the transmission was unsuccessful.

16       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office

17   of a member of the bar of this Court at whose direction the service was made.

18       Executed on March 19, 2021, at Los Angeles, California.

19

20                         _____

21                         Maricela Gomez

22

23

24

25

26

27

28

**HURRELL CANTRALL LLP**
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

<u>**Kenneth Earl Moore v. Alex Villanueva, et al.**</u>

**Case No. 2:19-cv-08946-DSF-JPR**

Keith L Altman, Esq.                                *Attorneys for Plaintiff*
THE LAW OFFICE OF KEITH
ALTMAN
33228 W 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel:  (516) 456-5885
kaltman@lawampmmt.com


Janet L. Keuper, Esq.                               *Attorneys for Defendant, Jesse Cerritos*
SEKI, NISHIMURA & WATASE LLP
600 Wilshire Boulevard, Suite 1250
Los Angeles, CA 90017
Tel: (213) 481-2869
Fax: (213) 481-2871
jkeuper@snw-law.com

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

--