HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KENNETH EARL MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CERRITOS, DEPUTY SHERIFF, LOS ANGELES COUNTY SHERIFF DEPARTMENT, and INEZ, SERGEANT, LOS ANGELES COUNTY SHERIFF DEPARTMENT,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-08946-DSF(JPRx)<br><br>[Assigned to Judge Dale S. Fischer, Courtroom "7D"]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SERGEANT INDIA INEZ AND DEPUTY CERRITOS' JOINT MOTION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>**Date: July 12, 2021<br>Time: 1:30 p.m.<br>Courtroom: "7D"**<br><br>Action Filed:　10/17/19<br>FAC Filed:　　01/13/20<br>SAC Filed:　　10/26/20<br>TAC Filed:　　02/07/21 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　Defendants SERGEANT INDIA INEZ and DEPUTY JESSE CERRITOS' (collectively, "Defendants") Joint Motion to Dismiss for Failure to Prosecute came on regularly for hearing on July 12, 2021, at 1:30 p.m. in Courtroom "7D" of the above-entitled Court.

　　　　After full consideration of the moving and supporting papers, the opposing papers, oral argument of counsel, and all matters upon which the Court may take

judicial notice, the Court hereby grants said motion, and hereby dismisses Plaintiff's action against Defendants with prejudice for Plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
UNITED STATES DISTRICT COURT
JUDGE DALE S. FISCHER

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000