# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EARL MOORE,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>CERRITOS, DEPUTY SHERIFF,<br>LOS ANGELES COUNTY<br>SHERIFF DEPARTMENT, et al.,<br>　　　Defendants. | CV 19-8946 DSF (JPRx)<br><br>JUDGMENT |

　　The Court having granted a motion to dismiss,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: June 28, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge